B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                     Case No. _____

**Brown, Rawlin E & Brown, Gelene M** _____          Chapter **7** _____
<div align="center">Debtor(s)</div>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                       the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                                    the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Brown, Rawlin E & Brown, Gelene M** _____          **X** */s/ Rawlin E Brown* _____          **3/18/2011**
Printed Name(s) of Debtor(s)                                            Signature of Debtor                                  Date

Case No. (if known) _____          **X** */s/ Gelene M Brown* _____          **3/18/2011**
                                                                              Signature of Joint Debtor (if any)                Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brown, Rawlin E** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Brown, Gelene M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **2558** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **3148** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4317 S. Vernon**<br>**Chicago, IL**　　ZIPCODE **60653** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4317 S. Vernon**<br>**Chicago, IL**　　ZIPCODE **60653** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br>　　ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>　　ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Numerous Asset Real Estate Chicago**　　ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>_____ | ☑ Chapter 7　☐ Chapter 15 Petition for<br>☐ Chapter 9　　Recognition of a Foreign<br>☐ Chapter 11　　Main Proceeding<br>☐ Chapter 12　☐ Chapter 15 Petition for<br>☐ Chapter 13　　Recognition of a Foreign<br>　　　　　　　Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer<br>　debts, defined in 11 U.S.C.<br>　§ 101(8) as "incurred by an<br>　individual primarily for a<br>　personal, family, or house-<br>　hold purpose."　☑ Debts are primarily<br>　　　business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Brown, Rawlin E & Brown, Gelene M** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box.)<br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.)<br>☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)

<div style="text-align:right">Page 3</div>

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Brown, Rawlin E & Brown, Gelene M** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint):**

X **/s/ Rawlin E Brown**          **Rawlin E Brown**
Signature of Debtor

X **/s/ Gelene M Brown**          **Gelene M Brown**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March 18, 2011**
Date

**Signature of Foreign Representative:**

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

### Signature of Attorney*

X **/s/ Robert D. Rotman**
Signature of Attorney for Debtor(s)

**Robert D. Rotman 6204194**
**Rotman & Elovitz, Ltd.**
**134 N. LaSalle Suite 200**
**Chicago, IL 60602**
**(312) 236-2202  Fax: (312) 236-2531**
**rotmanelovitz@yahoo.com**

**March 18, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

<div style="writing-mode: vertical-rl">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                                  Case No. _____

**Brown, Rawlin E** _____    Chapter **7** _____

<center>Debtor(s)</center>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Rawlin E Brown** _____

Date: **March 18, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

### United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:                                                        Case No. _____

**Brown, Gelene M** _____    Chapter **7** _____

<center>Debtor(s)</center>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: ***/s/ Gelene M Brown*** _____

Date: **March 18, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                          Case No. _____

**Brown, Rawlin E & Brown, Gelene M** _____   Chapter **7** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  1,555,000.00 | | |
| B - Personal Property | Yes | 3 | $    318,614.42 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 7 | | $  6,601,412.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $    408,583.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $    3,820.32 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $    6,990.00 |
| | TOTAL | 29 | $  1,873,614.42 | $  7,009,995.90 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois, Eastern Division**

IN RE:                                                                                    Case No. _____

Brown, Rawlin E & Brown, Gelene M _____    Chapter **7** _____
                                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE  Brown, Rawlin E & Brown, Gelene M                                      Case No. _____
                                        Debtor(s)                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 352 East 69th Street, Chicago, Illinois 60637 | | W | 110,000.00 | 169,466.00 |
| 4317 South Vernon, Chicago, Illinois 60653 | | J | 200,000.00 | 457,476.00 |
| 4807 South Forrestville, Chicago, Illinois 60653 (50% interest with Julie Stanton) | | J | 310,000.00 | 722,198.00 |
| 5818 South Green Avenue, Chicago, Illinois 60621 | | W | 40,000.00 | 118,958.00 |
| 5819 South Wolcott, Chicago, Illinois 60636 | | W | 40,000.00 | 119,792.00 |
| 5847 South Justine Avenue, Chicago, Illinois 60636 | | W | 60,000.00 | 199,905.00 |
| 6751 South Emerald, Chicago, Illinois 60621 | | W | 30,000.00 | 170,713.00 |
| 6932 South Normal Avenue, Chicago, Illinois 60621 | | W | 40,000.00 | 134,966.00 |
| 7132 South St. Lawrence, Chicago, IL | | H | 235,000.00 | 253,820.00 |
| 7142 South Marshfield, Chicago, Illinois | | W | 40,000.00 | 0.00 |
| 7317 South Peoria Street, Chicago, Illinois 60621 | | W | 60,000.00 | 183,999.00 |
| 7525 South Ellis, Chicago, Illinois 60619 | | H | 100,000.00 | 50,417.00 |
| 7948 South Parnell, Chicago, Illinois 60621 50% interest with Helen Hawkins | | J | 40,000.00 | 0.00 |
| 7950 South Parnell, Chicago, Illinois 60621 50% interest wtih Helen Hawkins | | J | 40,000.00 | 0.00 |
| 9211 South Luella, Chicago, Illinois | | W | 210,000.00 | 164,785.00 |
| | | **TOTAL** | **1,555,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Brown, Rawlin E & Brown, Gelene M _____ Case No. _____
                          Debtor(s)                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Two hundred dollars | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking account ending in 2836 | W | 3,700.00 |
| | | First North Credit Union Savings Account ending in 2558 | H | 300.00 |
| | | US Bank Checking Account ending in 6121 | H | 303.00 |
| | | US Bank Saving Account ending in 4800 | H | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Bedroom set, crib set, bedroom dresser, washer/dryer, stove, refrigerator, microwave, television | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | 2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sports equipment, golf clubs | J | 100.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K - Fidelity | H | 225,000.00 |
| | | 401K - JPMorgan/Chase | W | 53,966.42 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                                                    Case No. _____

<div align="center">Debtor(s)                                                        (If known)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Shareholder of GMS Realty Group, LLC (dissolved) Has bank account with $3,700.00. held by third party citation filed by City of Chicago.** | W | 0.00 |
| | | **GMS Reatly Group, LLC. is the 33% shareholder of Affordable Housing Coalition, LLC. Affordable Housing Coalition (dissolved) is the beneficial interest holder of a Land trust locacted at the LaSalle Bank - Land trust owns 15 properties. Propery Secured by Urban Partnership Bank- Line of Credit (Secured debt exceeds property values)** | | |
| | | **Affordable Housing LLC owns 100% of Brosis Realty Group, LLC dissolved (no assets) 100% HTS Family Trust LLC (dissolved) (no assets) and 100% of HBIC Consulting LLC (dissolved)(no assets) and 100% of Spoiled Bratz LLC (dissolved) (no assets)** | | |
| | | **100% Shareholder in REB Realty Group, LLC (dissolved) No Assets** | H | 0.00 |
| | | **33% Shareholder of Stinnette & Brown, LLC (dissolved) No assets** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Right to sue Gwendolyn Williams - back rent $7,000.00** | H | 0.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated tax refund** | J | 26,000.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford Expedition** | W | **300.00** |
| | | **2001 Hyundai Accent** | W | **200.00** |
| | | **2002 Ford Explorer transmission problems** | H | **3,525.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment - computer, fax machine** | J | **200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **318,614.42** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Brown, Rawlin E & Brown, Gelene M** _____    Case No. _____
                                    Debtor(s)                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Two hundred dollars** | **735 ILCS 5 §12-1001(b)** | 20.00 | 20.00 |
| **First North Credit Union Savings Account ending in 2558** | **735 ILCS 5 §12-1001(b)** | 300.00 | 300.00 |
| **US Bank Checking Account ending in 6121** | **735 ILCS 5 §12-1001(b)** | 303.00 | 303.00 |
| **US Bank Saving Account ending in 4800** | **735 ILCS 5 §12-1001(b)** | 500.00 | 500.00 |
| **Bedroom set, crib set, bedroom dresser, washer/dryer, stove, refrigerator, microwave, television** | **735 ILCS 5 §12-1001(b)** | 2,500.00 | 2,500.00 |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | 2,000.00 | 2,000.00 |
| **Sports equipment, golf clubs** | **735 ILCS 5 §12-1001(b)** | 100.00 | 100.00 |
| **401K - Fidelity** | **735 ILCS 5 §12-1006(a)** | 225,000.00 | 225,000.00 |
| **401K - JPMorgan/Chase** | **735 ILCS 5 §12-1006(a)** | 53,966.42 | 53,966.42 |
| **Anticipated tax refund** | **735 ILCS 5 §12-1001(b)** | 4,077.00 | 26,000.00 |
| **1997 Ford Expedition** | **735 ILCS 5 §12-1001(c)** | 300.00 | 300.00 |
| **2001 Hyundai Accent** | **735 ILCS 5 §12-1001(c)** | 200.00 | 200.00 |
| **2002 Ford Explorer transmission problems** | **735 ILCS 5 §12-1001(c)** | 2,400.00 | 3,525.00 |
| **Office equipment - computer, fax machine** | **735 ILCS 5 §12-1001(b)** | 200.00 | 200.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6D (Official Form 6D) (12/07)

**IN RE** Brown, Rawlin E & Brown, Gelene M                                          Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **100805338**<br><br>**Bank of America Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA  93065** | | W | **4317 South Vernon, Chicago, Illinois 60653**<br>**Mortgage account opened 5/05**<br><br>VALUE $ **200,000.00** | | | | **381,855.00** | **254,357.00** |
| ACCOUNT NO.<br><br>**Bank Of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062-5170** | | | **Assignee or other notification for:**<br>**Bank of America Home Loans Servicing**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **186861895**<br><br>**Bank of America Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA  93065** | | H | **7132 South St. Lawrence, Chicago, Illinois**<br>**Mortgage account opened 1/08**<br><br>VALUE $ **235,000.00** | | | | **246,409.00** | **11,409.00** |
| ACCOUNT NO.<br><br>**Bank Of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062-5170** | | | **Assignee or other notification for:**<br>**Bank of America Home Loans Servicing**<br><br>VALUE $ | | | | | |

_____ **6** continuation sheets attached

Subtotal
(Total of this page)  $ **628,264.00**   $ **265,766.00**

Total
(Use only on last page)  $ _____   $ _____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE __Brown, Rawlin E & Brown, Gelene M__                          Case No. _____
                              Debtor(s)                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **64882627** <br><br> **Bank of America Home Loans Servicing 450 American Street Simi Valley, CA  93065** | | W | **5847 South Justine Avenue, Chicago, Illinois 60636 Mortgage account opened 5/04** <br><br> VALUE $ **60,000.00** | | | | **199,905.00** | **139,905.00** |
| ACCOUNT NO. <br><br> **Bank Of America P.O. Box 5170 Simi Valley, CA  93062-5170** | | | **Assignee or other notification for: Bank of America Home Loans Servicing** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **87417474** <br><br> **Bank of America Home Loans Servicing 450 American Street Simi Valley, CA  93065** | | W | **7317 South Peoria Street, Chicago, Illinois 60621 Revolving account opened 11/04** <br><br> VALUE $ **60,000.00** | | | | **183,999.00** | **123,999.00** |
| ACCOUNT NO. <br><br> **Bank Of America P.O. Box 5170 Simi Valley, CA  93062-5170** | | | **Assignee or other notification for: Bank of America Home Loans Servicing** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **64882643** <br><br> **Bank of America Home Loans Servicing 450 American Street Simi Valley, CA  93065** | | W | **6751 South Emerald, Chicago, Illinois 60621 Mortgage account opened 5/04** <br><br> VALUE $ **30,000.00** | | | | **170,713.00** | **140,713.00** |
| ACCOUNT NO. <br><br> **Bank Of America P.O. Box 5170 Simi Valley, CA  93062-5170** | | | **Assignee or other notification for: Bank of America Home Loans Servicing** <br><br> VALUE $ | | | | | |

Sheet no. ___**1**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **554,617.00** $ **404,617.00**

Total
(Use only on last page) $ _____ $ _____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Brown, Rawlin E & Brown, Gelene M
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **86316470**<br>**Bank of America Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA  93065** | | W | **352 South 69th Street, Chicago, Illinois 60637**<br>**Revolving account opened 11/04**<br><br>VALUE $ **110,000.00** | | | | **169,466.00** | **59,466.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062-5170** | | | **Assignee or other notification for:**<br>**Bank of America Home Loans Servicing**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **64882659**<br>**Bank of America Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA  93065** | | W | **6932 South Normal, Chicago, Illinois**<br>**Mortgage account opened 5/04**<br><br>VALUE $ **40,000.00** | | | | **134,966.00** | **94,966.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062-5170** | | | **Assignee or other notification for:**<br>**Bank of America Home Loans Servicing**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **64882619**<br>**Bank of America Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA  93065** | | W | **5818 South Green Avenue, Chicago, Illinois 60621**<br>**Mortgage account opened 5/04**<br><br>VALUE $ **40,000.00** | | | | **118,958.00** | **78,958.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062-5170** | | | **Assignee or other notification for:**<br>**Bank of America Home Loans Servicing**<br><br>VALUE $ | | | | | |

Sheet no. **2** of **6** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **423,390.00**  $ **233,390.00**

Total
(Use only on last page)  $ _____  $ _____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                    Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **186789993**<br>**Bank of America Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA  93065** | | H | **7132 South St. Lawrence, Chicago, Illinois**<br>**Revolving account opened 1/08**<br><br>VALUE $ **235,000.00** | | | | **7,411.00** | **7,411.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062-5170** | | | **Assignee or other notification for:**<br>**Bank of America Home Loans Servicing**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **86316510**<br>**Bank of America Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA  93065** | | W | **7142 South Marshfield, Chicago, Illinois 60636**<br><br>VALUE $ | | | | **165,600.00** | **165,600.00** |
| ACCOUNT NO.<br>**Bank of America Home Loans Servicing**<br>**450 American Street**<br>**Simi Valley, CA  93065** | | J | <br><br>VALUE $ **40,000.00** | | | | **0.00** | |
| ACCOUNT NO. **00414511271379**<br>**Chase**<br>**200 Marcus Avenue, 2nd Floor**<br>**Hyde Park, NY  11040** | | J | **4807 South Forrestville, Chicago, IL 60615**<br><br>VALUE $ **310,000.00** | | | | **50,000.00** | **50,000.00** |
| ACCOUNT NO.<br>**Chase Home Financial**<br>**3415 Vision Drive**<br>**Columbus, OH  43219** | | | **Assignee or other notification for:**<br>**Chase**<br><br>VALUE $ | | | | | |

Sheet no. ____**3**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                      Subtotal
(Total of this page)     $ **223,011.00**  $ **223,011.00**

                                       Total
(Use only on last page)     $ _____  $ _____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Brown, Rawlin E & Brown, Gelene M                          Case No. _____

Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4651843317550** <br><br>**Chase Mtg**<br>**P.O. Box 24696**<br>**Columbus, OH  43224** | | W | **9211 South Luella, Chicago, Illinois 60617**<br>**Mortgage account opened 4/07**<br><br>VALUE $ **210,000.00** | | | | **162,500.00** | |
| ACCOUNT NO. **4651120249629** <br><br>**Chase Mtg**<br>**Po Box 24696**<br>**Columbus, OH  43224** | | W | **5819 South Wolcott, Chicago, Illinois**<br>**Mortgage account opened 5/04**<br><br>VALUE $ **40,000.00** | | | | **119,792.00** | **79,792.00** |
| ACCOUNT NO. **764303246532** <br><br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | X | J | **Water bill for 7948 South Parnell-- Lien under 09 WD 01589A to 4317 S. Vernon Ave. Chicago, IL 60653**<br><br>VALUE $ **200,000.00** | | | | **3,119.00** | **3,119.00** |
| ACCOUNT NO. <br><br>**Talan And Ktsanes**<br>**300 W. Adams**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**City Of Chicago Department Of Water Mgmt**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **359343573** <br><br>**Gmac Mortgage**<br>**P.O. Box 4622**<br>**Waterloo, IA  50704** | | H | **7525 South Ellis, Chicago, Illinois**<br>**Mortgage account opened 8/06**<br><br>VALUE $ **100,000.00** | | | | **50,417.00** | |
| ACCOUNT NO. **89365435207150001** <br><br>**H And F Law**<br>**33 North Lasalle**<br>**Chicago, IL  60602** | | H | **Re: Wells Fargo**<br>**727 East 92nd Street**<br><br>VALUE $ | | | | **38,230.00** | **38,230.00** |

Sheet no. **4** of **6** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **374,058.00**    $ **121,141.00**

Total (Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9000000000006150170407**<br>**Inovative Bk**<br>**17127 Pioneer Blvd**<br>**Artesia, CA 90701** | | W | **Business Loan to GMS Realty Group, LLC- Secured by 4317 S. Vernon, Chicago IL**<br><br>VALUE $ **200,000.00** | | | | 5,752.00 | |
| ACCOUNT NO. 9547079360637<br>**Mortgage Service Center**<br>**2001 Leadenhall Rd**<br>**Mount Laurel, NJ 08054** | X | J | **4807 South Forrestville, Chicago, Illinois 60653**<br>**Mortgage account opened 8/03**<br><br>VALUE $ **310,000.00** | | | | 262,200.00 | |
| ACCOUNT NO. 67901152<br>**Real Time Resolutions**<br>**1750 Regal Row**<br>**Dallas, TX 75235** | | W | **Revolving account opened 5/05**<br><br>VALUE $ **200,000.00** | | | | 66,750.00 | |
| ACCOUNT NO.<br>**Law Offices Of Anthony A. P.C.**<br>**1601 Elm Street, Suite 1900**<br>**Dallas, TX 75201** | | | **Assignee or other notification for: Real Time Resolutions**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Talan And Ktsanes**<br>**300 W. Adams**<br>**Chicago, IL 60606** | | J | **Judgment lien- water/ streets/ sanitation**<br><br>VALUE $ **3,700.00** | | | | 1,971.00 | |
| ACCOUNT NO. 647280605<br>**Urban Pnr Bk**<br>**3401 King Drive**<br>**Chicago, IL 60616** | X | W | **Guarante of Mortgage account opened 6/05 for GMS Realty, LLC.**<br><br>VALUE $ | | | | 3,614,836.00 | 3,614,836.00 |

Sheet no. **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **3,951,509.00** | $ **3,614,836.00**

Total
(Use only on last page) $ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                    Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **661450508**<br><br>**Urban Pnr Bk**<br>**3401 King Drive**<br>**Chicago, IL  60616** | X | W | **4807 South Forrestville, Chicago, Illinois 60653**<br>**Mortgage account opened 5/08**<br><br>VALUE $ **310,000.00** | | | | **409,998.00** | **362,198.00** |
| ACCOUNT NO. **65465435207150001**<br><br>**Wells Fargo Bank Nv Na**<br>**P.O. Box 31557**<br>**Billings, MT  59107** | | H | **727 East 92nd Street, Chicago, Illinois**<br>**Installment account opened 6/07**<br><br>VALUE $ | | | | **36,565.00** | **36,565.00** |
| ACCOUNT NO.<br><br>**Heller And Frisone, Ltd.**<br>**33 North LaSalle Street, Suite 1200**<br>**Chicago, IL  60602** | | | **Assignee or other notification for:**<br>**Wells Fargo Bank Nv Na**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ___**6**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  $ **446,563.00**  $ **398,763.00**

Total (Use only on last page)  $ **6,601,412.00**  $ **5,261,524.00**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Brown, Rawlin E & Brown, Gelene M**                                      Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Brown, Rawlin E & Brown, Gelene M
_____        Case No. _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Adrienne C.A. Barnes**<br>**714 West Maxwell Street**<br>**Chicago, IL  60607** | | W | | | | | **8.00** |
| ACCOUNT NO. **021657548013501403** <br><br>**American Express**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL  33329** | | W | **Revolving account opened 2/91** | | | | **1,389.00** |
| ACCOUNT NO. **021657548013301403** <br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | W | **Open account opened 2/91** | | | | **395.00** |
| ACCOUNT NO. <br><br>**Baker Miller, P. C.**<br>**29 North Wacker Drive, Suite 500**<br>**Chicago, IL  60606** | | J | **Notice Only** | | | | **0.00** |

**9** continuation sheets attached

Subtotal
(Total of this page) $ **1,792.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**          Case No. _____
_____
Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **74977999365836** <br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE  19850** | | W | **Revolving account opened 3/08** | | | | 69,689.00 |
| ACCOUNT NO. **5490354999512376** <br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE  19850** | | W | **Revolving account opened 11/05** | | | | 30,461.00 |
| ACCOUNT NO. **100055959712007** <br> **BMW Financial Services NA, LLC** <br> **P.O. Box 3608** <br> **Dublin, OH  43016** | X | W | **2007 BMW X5 4.85 (repossessed)** | | | | 80,000.00 |
| ACCOUNT NO. **4000000002008021420708** <br> **Borrego Springs Bank** <br> **7777 Alvarado Road Suitte 501** <br> **La Mesa, CA  91942** | X | W | **Business Loan Secured by SBA for GMS Realty Group, LLC** <br> **Installment account opened 7/08** | | | | 45,739.00 |
| ACCOUNT NO. **515336332** <br> **Cbe Group** <br> **1309 Technology Pkwy** <br> **Cedar Falls, IA  50613** | | W | **Open account opened 3/10** | | | | 700.00 |
| ACCOUNT NO. **5582508626961178** <br> **Chase** <br> **201 N. Walnut St//de1-1027** <br> **Wilmington, DE  19801** | | W | **Revolving account opened 1/08** | | | | 27,896.00 |
| ACCOUNT NO. **4266-8120-2823-5561** <br> **Chase** <br> **201 North Walnut Street    //de1-1027** <br> **Wilmington, DE  19801** | | W | **Revolving account opened 1/03** | | | | 10,124.00 |

Sheet no. ____**1**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **264,609.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                    Case No. _____
_____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Capital Management Services, LP** <br> **726 Exchange Street, Suite 700** <br> **Buffalo, NY  14210** | | | Assignee or other notification for: Chase | | | | |
| ACCOUNT NO. **5582-5086-2458-1523** <br> **Chase** <br> **201 North Walnut Street  //de1-1027** <br> **Wilmington, DE  19801** | | W | Revolving account opened 10/07 | | | | 5,897.00 |
| ACCOUNT NO. <br> **MRS Associates Of New Jersey** <br> **1930 Olney Avenue** <br> **Cherry Hill, NJ  08003** | | | Assignee or other notification for: Chase | | | | |
| ACCOUNT NO. **4266841075168649** <br> **Chase** <br> **201 N. Walnut St//de1-1027** <br> **Wilmington, DE  19801** | | H | Revolving account opened 8/96 | | | | 2,507.00 |
| ACCOUNT NO. **4246-3151-7671-8813** <br> **Chase** <br> **P.O. Box 15298** <br> **Wilmington, DE  19886-5153** | | H | | | | | 16,175.00 |
| ACCOUNT NO. **591672-100884** <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | J | 4317 South Vernon | | | | 323.00 |
| ACCOUNT NO. **591672-540708** <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | X | J | 4807 South Forrestville, Chicago, IL | | | | 841.00 |

Sheet no. **2** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **25,743.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City Of Chicago Department Of Water** <br> **P.O. Box 6330** <br> **Chicago, IL  60680** | | | Assignee or other notification for: <br> **City Of Chicago Department Of Water Mgmt** | | | | |
| ACCOUNT NO. 633624180439 <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | W | **6231 South Honore** | | | | 2,037.00 |
| ACCOUNT NO. 642996214187 <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | W | **5818 South Green** | | | | 3,763.80 |
| ACCOUNT NO. 646685179857 <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | W | **5819 South Wolcott, Chicago, IL** | | | | 3,356.00 |
| ACCOUNT NO. 655123-218283 <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | W | **6932 South Normal, Chicago, IL** | | | | 1,871.00 |
| ACCOUNT NO. 656495558639 <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | W | **5847 South Justine** | | | | 2,372.00 |
| ACCOUNT NO. 657571559933 <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | W | **6545 South Damen, Chicago, Illinois** | | | | 1,000.00 |

Sheet no. __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **14,399.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                                    Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **657985-218196**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | W | **6751 South Emerald, Chicago, Illinois** | | | | **2,659.00** |
| ACCOUNT NO. **664406-113413**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | W | **352 East 69th, Chicago, Illinois** | | | | **1,225.00** |
| ACCOUNT NO. **664421-135323**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | W | **13321 South Prairie** | | | | **375.00** |
| ACCOUNT NO. **674982571820**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | W | **7142 South Marshfield** | | | | **1,930.00** |
| ACCOUNT NO. **675014570340**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | W | **7317 South Peoria, Chicago, Illinois** | | | | **633.00** |
| ACCOUNT NO. **760476246533**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | X | J | **7950 South Parnell** | | | | **200.88** |
| ACCOUNT NO. **777347214974**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | W | **1020 West 61st** | | | | **1,000.00** |

Sheet no. **4** of **9** continuation sheets attached to                                      Subtotal      $ **8,022.88**
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                                    Case No. _____

Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **770336157583**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | W | **9211 South Luella** | | | | **100.00** |
| ACCOUNT NO. **754897217570**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | X | J | **5936 South Parnell** | | | | **100.00** |
| ACCOUNT NO. **773668116658**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | X | J | **7535 South Drexel** | | | | **1,771.00** |
| ACCOUNT NO. **827611218557**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | H | **5654 South Normal** | | | | **1,127.00** |
| ACCOUNT NO. **692537218558**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | H | **5656 South Normal** | | | | **779.00** |
| ACCOUNT NO. **802438558363**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | H | **5533 South Green** | | | | **423.00** |
| ACCOUNT NO. **821091217147**<br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** | | H | **5547 South Shields** | | | | **1,753.00** |

Sheet no. **5** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,053.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**                                    Case No. _____
               Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **824226148366** <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | H | **727 East 92nd Street, Chicago, Illinois** | | | | 1,405.00 |
| ACCOUNT NO. **827608116625** <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | H | **7525 South Ellis** | | | | 782.00 |
| ACCOUNT NO. **846024575895** <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | H | **9232 South Dobson** | | | | 680.00 |
| ACCOUNT NO. <br> **City Of Chicago Department Of Water Mgmt** <br> **121 North LaSalle Street, Rm. 107A** <br> **Chicago, IL  60602** | | H | **5654 South Normal** | | | | 5,100.00 |
| ACCOUNT NO. <br> **Farmer's Insurance** <br> **2500 South Fifth Avenue** <br> **Pocaillo, ID  83204** | | J | **For Notice Purposes Only** | | | | 0.00 |
| ACCOUNT NO. 4462153041 <br> **Financial Asset Mgmt I** <br> **P O Box 451409** <br> **Atlanta, GA  31145** | | W | **Open account opened 9/10** | | | | 700.00 |
| ACCOUNT NO. 09370066 <br> **Frederick J. Hanna & Associates, P.C.** <br> **127 Roswell Road** <br> **Marietta, GA  30062** | | W | **Assignee for Chase** | | | | 0.00 |

Sheet no. ____**6**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **8,667.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**               Case No. _____
_____
          Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>George Stanton<br>9025 South Cregier<br>Chicago, IL 60617 | | W | For notice purposes | | | | 0.00 |
| ACCOUNT NO. 09 BS 03259A<br>Goldman & Grant<br>Suite 1100<br>205 West Randolph Street<br>Chicago, IL 60606 | | J | Assignee for City of Chicago | | | | 4,423.73 |
| ACCOUNT NO.<br>Helen Hawkins<br>9056 South Harper<br>Chicago, IL 60619 | | W | For notice purposes | | | | 0.00 |
| ACCOUNT NO.<br>Isaac Stinnette<br>169500 Carrington Drive<br>South Holland, IL 60473 | | J | For notice purposes | | | | 0.00 |
| ACCOUNT NO.<br>Jeanette Stinnette<br>16950 Carrington Drive<br>South Holland, IL 60473 | | W | For notice purposes | | | | 0.00 |
| ACCOUNT NO.<br>Julie Stanton<br>4807 South Forrestville<br>Chicago, IL 60615 | | W | For notice purposes | | | | 0.00 |
| ACCOUNT NO. 10DS1813IL<br>Markoff & Krasny<br>29 West Wacker Drive, No. 550<br>Chicago, IL 60606 | | J | Assignee for City of Chicago | | | | 440.00 |

Sheet no. __7__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,863.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brown, Rawlin E & Brown, Gelene M _____ Case No. _____
                 Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10DS12086L**<br><br>**Markoff & Krasny**<br>**29 West Wacker Drive, No. 550**<br>**Chicago, IL  60606** | | J | **Assignee for City of Chicago** | | | | **1,992.00** |
| ACCOUNT NO. **9483577**<br><br>**Northwestern Mutual**<br>**720 East Wisconsin**<br>**Milwaukee, WI  53202** | | W | **For Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO. **280158913**<br><br>**People Magazine**<br>**P.O. Box 60300**<br>**Tampa, FL  33660** | | J | | | | | **113.00** |
| ACCOUNT NO. **150040464305**<br><br>**People's Gas**<br>**130 East Randolph**<br>**Chicago, IL  60602** | | W | **4317 South Vernon, Chicago, Illinois** | | | | **441.49** |
| ACCOUNT NO. **150059673647**<br><br>**People's Gas**<br>**130 East Randolph**<br>**Chicago, IL  60602** | | W | **4807 South Forrestville, Chicago, IL** | | | | **1,800.00** |
| ACCOUNT NO. **2925905002**<br><br>**Small Business Administration**<br>**801 Tom Martin Drive, Suite 120**<br>**Birmingham, AL  35211** | X | W | **Guarantee for GMS Realty LLC** | | | | **45,740.00** |
| ACCOUNT NO. **09 M1 658226**<br><br>**Talan & Ktsanes**<br>**300 West Adams Street, Suite 840**<br>**Chicago, IL  60606** | | J | | | | | **2,223.00** |

Sheet no. ____**8**__ of ____**9**__ continuation sheets attached to                       Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims       (Total of this page) | $ | **52,309.49**

                                                                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)       $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Rawlin E & Brown, Gelene M**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1767675011100000065527405** <br> **Tiberon Finanacial, LLC** <br> **Chase DDA** <br> **P.O. Box 10050** <br> **Fayetteville, AR  72703** | X | J | **9211 South Luella, Chicago, IL** | | | | **2,285.00** |
| ACCOUNT NO. **2010227496A** <br> **US Department Of Treasury-FMS** <br> **Linebarger, Goggan, Blair & Sampson, LLP** <br> **P.O. Box 70955** <br> **Charlotte, NC  28272** | | W | **Assignee for Small Business Administration** | | | | **0.00** |
| ACCOUNT NO. **3267231481** <br> **Us Dept Of Education** <br> **Po Box 5609** <br> **Greenville, TX  75403** | | W | **Installment account opened 12/01** | | | | **19,839.00** |
| ACCOUNT NO. <br> **Veola Dreher** <br> **9200 South Luella** <br> **Chicago, IL  60617** | | W | **For notice purposes** | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **9** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,124.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **408,583.90**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Brown, Rawlin E & Brown, Gelene M** _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Brown, Rawlin E & Brown, Gelene M _____   Case No. _____
_____Debtor(s)_____   _____(If known)_____

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George Stanton** | **City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** |
| | **City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** |
| **GMS Realty** | **Borrego Springs Bank**<br>**7777 Alvarado Road Suitte 501**<br>**La Mesa, CA  91942** |
| | **Urban Pnr Bk**<br>**3401 King Drive**<br>**Chicago, IL  60616** |
| | **Small Business Administration**<br>**801 Tom Martin Drive, Suite 120**<br>**Birmingham, AL  35211** |
| | **BMW Financial Services NA, LLC**<br>**P.O. Box 3608**<br>**Dublin, OH  43016** |
| **Helen Hawkins** | **Tiberon Finanacial, LLC**<br>**Chase DDA**<br>**P.O. Box 10050**<br>**Fayetteville, AR  72703** |
| | **City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** |
| | **City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** |
| **Isaac Stinnette**<br>**16950 Carrington Cove Drive**<br>**South Holland, IL  60473** | **Urban Pnr Bk**<br>**3401 King Drive**<br>**Chicago, IL  60616** |
| | **Urban Pnr Bk**<br>**3401 King Drive**<br>**Chicago, IL  60616** |
| **Jeannette Stinnette**<br>**16950 Carrington Cov Drive**<br>**South Holland, IL  60473** | **Urban Pnr Bk**<br>**3401 King Drive**<br>**Chicago, IL  60616** |
| | **Urban Pnr Bk**<br>**3401 King Drive**<br>**Chicago, IL  60616** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE Brown, Rawlin E & Brown, Gelene M _____ Case No. _____
<span>Debtor(s)</span>                                                        <span>(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Julie Stanton** | **Mortgage Service Center**<br>**2001 Leadenhall Rd**<br>**Mount Laurel, NJ  08054**<br><br>**City Of Chicago Department Of Water Mgmt**<br>**121 North LaSalle Street, Rm. 107A**<br>**Chicago, IL  60602** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE <u>Brown, Rawlin E & Brown, Gelene M</u>                    Case No. _____
              Debtor(s)                                                          (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S):<br>**8**<br>**3** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Engineer** | **Unemployed** |
| Name of Employer | **ComEd** | |
| How long employed | **20 Years** | |
| Address of Employer | **Chicago,Illinois** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ __8,955.03__ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ __8,955.03__ | $ __0.00__ |
| **4. LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and Social Security | $ __2,290.54__ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) **See Schedule Attached** | $ __2,844.18__ | $ _____ |
|  | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ __5,134.72__ | $ __0.00__ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ __3,820.31__ | $ __0.00__ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
|  | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
|  | $ _____ | $ _____ |
|  | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ __3,820.31__ | $ __0.00__ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                    $ __3,820.31__

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brown, Rawlin E & Brown, Gelene M**                                    Case No. _____
<u>Debtor(s)</u>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|                              | DEBTOR    | SPOUSE |
|------------------------------|-----------|--------|
| Other Payroll Deductions:    |           |        |
| **Medical Care**             | 345.97    |        |
| **Dental**                   | 38.50     |        |
| **401K**                     | 1,336.66  |        |
| **Life Supp**                | 36.70     |        |
| **AD&D**                     | 21.41     |        |
| **Dep Life C**               | 2.60      |        |
| **Child Support**            | 1,040.67  |        |
| **United Way**               | 21.67     |        |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Brown, Rawlin E & Brown, Gelene M** _____   Case No. _____

<div align="center">Debtor(s)                                                    (If known)</div>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,000.00 |
|    a. Are real estate taxes included?   Yes ____ No ✓ | |
|    b. Is property insurance included?   Yes ____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 400.00 |
|    b. Water and sewer | $ 120.00 |
|    c. Telephone | $ 200.00 |
|    d. Other  **Security** | $ 20.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 20.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 10.00 |
| 8. Transportation (not including car payments) | $ 20.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ 240.00 |
|    d. Auto | $ 200.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ 200.00 |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Childcare** | $ 1,400.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ 6,990.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 3,820.32 |
|    b. Average monthly expenses from Line 18 above | $ 6,990.00 |
|    c. Monthly net income (a. minus b.) | $ -3,169.68 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** <u>Brown, Rawlin E & Brown, Gelene M</u>                                    Case No. _____
                                         Debtor(s)                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**31** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 18, 2011** _____         Signature: */s/ Rawlin E Brown* _____
                                                                    **Rawlin E Brown**                                    Debtor

Date: **March 18, 2011** _____         Signature: */s/ Gelene M Brown* _____
                                                                    **Gelene M Brown**                              (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____         _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____         Signature: _____

                                                _____
                                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**

**Northern District of Illinois, Eastern Division**

IN RE:                                                                              Case No. _____

Brown, Rawlin E & Brown, Gelene M                                      Chapter **7**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
36,700.00    2011 to date -Exelon/ Lawyer Link, LLC
131,000.00    2010- Exelon/ Lawer Link, LLC
119,000.00    2009- Exelon

---

**2. Income other than from employment or operation of business**

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☑    preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
     $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
     obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
     debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
     is filed, unless the spouses are separated and a joint petition is not filed.)

     *\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑    who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
     a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐    bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
     not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wells Fargo Bank, N.A. vs. Rawlin Brown; Case No. 10 M1151322** | **Citation to Discover Assets** | **First Municipal District, Circuit Cout of Cook County, Illinois** | |
| **The City of Chicago, a Municipal Corporation vs. Gelene M. Stanton aka Gelene Brown; Case No. 2009 M1 658226** | **Citation to Discover Assets** | **First Municipal District, Circuit Court of Cook County, Illinois** | |
| **City of Chicago, A Municipal Corporation vs. Helen Hawkins, and Gelene Stanton aka Gelene Brown and Helen Hawkins and Gelene Stanton et al; Case No. 2009 WD 01589A** | **Building Violations** | **Department of Administrative Hearings, City of Chicago, Illinois** | |
| **City of Chicago, A Municipal Corporation vs. Gelene M. Stanton; Case No. 11 M1 650592** | **Citation to Discover Assets** | **First Municipal Department, Circuit Court of Cook County, Illinois** | |
| **City of Chicago, a municipal corporation vs. Gelene Stanton; Case no. 2009 M1 656964** | **Citation to Discover Assets** | **First Municipal District, Circuit Court of Cook County, Illinois** | |
| **Merrill Lynch Credit Corporation vs. Bank One, NA, City of Chicago, Gelene Marie Stanton et al; Case No. 2010 CH 26987** | | **Chancery Division, First Municipal District, Circuit Court of Cook County, Illinois** | |
| **Chase Home Finanace, LLC vs. City of Chicago, Non-record Claimants, Gelene Stanton; Case No. 2010 CH 23919** | | **Chancery Division, First Municipal Division, Circuit Court of Cook  County, Illinois** | |
| **Deutsche Bank National vs. Rawlin E. Brown, City of Chicago, et al; Case No. 2010 CH 11456** | | **Chancery Division, First Municipal Distrct, Circuit Court of Cook County, Illinois** | |
| **Bank New York vs. Gelene M. Stanton et al; Case No. 2010 CH 23486** | | **Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois** | |
| **Bank of New York vs. Gelene Stanton; Case No. 2009 CH 20235** | | **Chancery Division, First Municipal District, Circuit Court of Cook County, Illinois** | |
| **Bank New York Mellon vs. Gelene Stanton; Case No. 2009 CH 20052** | | **Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois** | |
| **Bank New York vs. Gelene M.** | | **Chancery Division, First** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Stanton; Case No. 2009 CH 19741 | | Municipal District, Circuit Court , Cook County, Illinois |
| Bank New York vs. Gelene M. Stanton; Case No. 2009 CH 19388 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Bank New York Mellon vs. Gelene M. Stanton; Case No. 2009 CH 19204 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Bank New York Mellon vs. Gelene M. Stanton; Case No. 2009 CH 19039 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Bank New York Mellon vs. Gelene M. Stanton; Case No. 2009 CH 18166 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Countrywide Home Loans, Bank of America vs. Gelene Stanton, et al; Case No. 2009 CH 10627 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| HSBC Mortgage Services vs. Gelene M. Stanton, et al; Case No. 2009 CH 10586 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Chase Home Finance vs. Gelene Stanton; Case no. 2008 CH 45009 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| US Bank, NA vs. Gelene Stanton; Case No. 2008 CH 42168 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Bank New York vs. Gelene Stanton; Case no. 2008 CH 40933 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Countrywide Home Loans vs. Gelene Stanton, et al; Case No. 2008 CH 33661 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Bank of America, N.A. vs. Rawlin Brown, et al; Case No. 2009 CH 48241 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| BAC Home Loans vs. Rawlin Brown; Case No. 2009 CH 43776 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Chase Home Finance, LLC vs. Rawlin Brown; Case No. 2009 CH 43959 | | Chancery Division, First Municipal District, Circuit Court Cook County, Illinois |
| BAC Home Loans Servicing vs. Rawling Brown, Case No. 2009 CH 42238 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Chase Home Financing, LLC vs. Rawlin E. Brown; Case No. 2009 CH 37753 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| HSBC Bank USA vs. Rawlin E. Brown; Case No. 2009 CH 36875 | | Chancery Division, First Municipal District, Circuit Court , Cook County, Illinois |
| Aurora Loan Services vs. Rawlin Brown; Case no. 2009 CH 25729 | | Chancery Division, First Municipal District, Circuit Court, Cook County, Illinois |
| Aurora Loan Services vs. Rawlin E. Brown; Case No. 2009 CH 16460 | | Chancery Division, First Municipal District, Circuit Court of Cook County, Illinois |
| Wells Fargo Bank vs. Rawlin Brown; Case No. 2010 M1 151322 | Breach of Contract | First Municipal District, Circuit Court, Cook County, Illinois |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **City of Chicago vs. Rawlin Brown, et al; Case No. 2009 M1 400903** | | **First Municipal District, Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene M. Stanton; Case No. 2011 M1 651854** | **Registration of Administrative Judgment** | **First Municipal District, Circuit Court Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2011 M1 651435** | **Registration of Administrative Judgment** | **First Municipal District, Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene M. Stanton; Case No. 2011 M1 651075** | **Registration of Administrative Judgment** | **First Municipal District Circuit Court Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2011 M1 650592** | | **First Municipal District, Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene M. Stanton; Case No. 2011 M1 650165** | | **First Municipal District Circuit Court Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2010 M1 674569** | | **First Municipal District, Circuit Court Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2010 M1 673811** | | **First Municipal District, Circuit Court Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2010 M1 672148** | | **First Municipal District; Circuit Court Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2010 M1 671079** | | **First Municipal District Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene M. Stanton; Case no. 2011 M1 665286** | | **First Municipal District, Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2010 M1 661732** | | **First Municipal District Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene M. Stanton, et al; Case No. 2009 M1 402808** | | **First Municipal District, Circuit Court of Cook County, Illinois** |
| **City of Chicago vs. Gelene M. Stanton; Case No. 2009 M1 665821** | | **First Municipal District, Circuit Court Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2009 M1 663382** | | **First Municipal District, Circuit Court Cook County, Illinois** |
| **City of Chicgo vs. Gelene Stanton; Case No. 2009 M1 663262** | | **First Municipal District, Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2009 M1 660010** | | **First Municipal District Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton ; Case No. 2009 M1 656964** | | **First Municipal District, Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2009 M1 654196** | | **First Municipal District, Circuit Courty, Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton Brown, et al ; Case No.** | | **First Municipal District, Circuit Court, Cook County, Illinois** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

2009 M1 400773

| | |
|---|---|
| **City of Chicago vs. Gelene Stanton; Case No. 2009 M1 651786** | **First Municipal District, Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene M. Stanton; Case No. 2009 M1 650257** | **First Municipal District Circuit Court, Cook County, Illinois** |
| **City of Chicago vs. Gelene Stanton; Case No. 2008 M1 661011** | **First Municipal District, Circuit Court Cook County, Illinois** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BMW Financial** | | **BMW X5** |
| **Bank Of America** | | **6545 S. Daman Chicago** |
| **BAC Loans** | | **6231 S Honore** |
| **National City Mortgage** | | **13321 S. Prairie, Chicago** |
| **Aurora Loans** | | **5654 S. Normal, IL** |
| **Aurora Loans** | | **9232 S. Dobson, Chicago** |
| **Bank Of America** | | **727 E. 92nd Street, Chicago, IL** |
| **Chase** | | **5535 S. Green, Chicago, Il** |
| **Chase** | | **5547 S. Shields, Chicago, IL** |
| **GMAC** | | **1020 W. 61st Street, Chicago** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rotman & Elovitz, Ltd.**<br>**134 N. LaSalle Suite 200**<br>**Chicago, IL  60602** | | **3,800.00** |

### 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **US Bank**<br>**1000 E. 111th Street**<br>**Chicago, IL  60628** | | **Documents** | |

### 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☑ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| None | |
|---|---|
| ☑ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| None | |
|---|---|
| ☑ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

| None | |
|---|---|
| ☑ | d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March 18, 2011**          Signature  */s/ Rawlin E Brown*
                                  of Debtor                                    **Rawlin E Brown**

Date: **March 18, 2011**          Signature  */s/ Gelene M Brown*
                                  of Joint Debtor                              **Gelene M Brown**
                                  (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                Case No. _____

Brown, Rawlin E & Brown, Gelene M _____     Chapter **7** _____
_____Debtor(s)_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans Servicing** | **Describe Property Securing Debt:**<br>**6751 South Emerald, Chicago, Illinois 60621** |

Property will be *(check one)*:
☒ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☒ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans Servicing** | **Describe Property Securing Debt:**<br>**7132 South St. Lawrence, Chicago, IL** |

Property will be *(check one)*:
☐ Surrendered   ☒ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☒ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____**4** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**March 18, 2011**_____     */s/ Rawlin E Brown*_____
                                          Signature of Debtor

                                          */s/ Gelene M Brown*_____
                                          Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans Servicing** | **Describe Property Securing Debt:**<br>**352 East 69th Street, Chicago, Illinois 60637** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans Servicing** | **Describe Property Securing Debt:**<br>**5818 South Green Avenue, Chicago, Illinois 60621** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans Servicing** | **Describe Property Securing Debt:**<br>**5847 South Justine Avenue, Chicago, Illinois 60636** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

---

Property No. 6

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Bank of America Home Loans Servicing** | **6932 South Normal Avenue, Chicago, Illinois 60621** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

---

Property No. 7

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Bank of America Home Loans Servicing** | **7142 South Marshfield, Chicago, Illinois** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

---

Property No. 8

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Bank of America Home Loans Servicing** | **7317 South Peoria Street, Chicago, Illinois 60621** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

---

**PART B** – Continuation

---

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |
|---|---|---|

---

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |
|---|---|---|

Continuation sheet ____2____ of ____4____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Chase Mtg** | **Describe Property Securing Debt:**<br>**9211 South Luella, Chicago, Illinois** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Chase Mtg** | **Describe Property Securing Debt:**<br>**5819 South Wolcott, Chicago, Illinois 60636** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Gmac Mortgage** | **Describe Property Securing Debt:**<br>**7525 South Ellis, Chicago, Illinois 60619** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___**3**___ of ___**4**___

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

### PART A – Continuation

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Mortgage Service Center** | **Describe Property Securing Debt:**<br>**4807 South Forrestville, Chicago, Illinois 60653 (50% interest** |

Property will be *(check one)*:
☒ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Real Time Resolutions** | **Describe Property Securing Debt:**<br>**4317 South Vernon, Chicago, Illinois 60653** |

Property will be *(check one)*:
☒ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Talan And Ktsanes** | **Describe Property Securing Debt:**<br>**Chase Checking account ending in 2836** |

Property will be *(check one)*:
☐ Surrendered    ☒ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☒ Not claimed as exempt

### PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___**4**___ of ___**4**___

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                          Case No. _____

Brown, Rawlin E & Brown, Gelene M _____   Chapter **7**_____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **115**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 18, 2011**_____        **/s/ Rawlin E Brown**_____
                                         Debtor


                                         **/s/ Gelene M Brown**_____
                                         Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Brown, Rawlin E
4317 S. Vernon
Chicago, IL 60653

Bank Of America
Po Box 17054
Wilmington, DE 19850

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017

Brown, Gelene M
4317 S. Vernon
Chicago, IL 60653

Bank Of America
Po Box 1598
Norfolk, VA 23501

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Rotman & Elovitz, Ltd.
134 N. LaSalle Suite 200
Chicago, IL 60602

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Borrego Springs Bank
7777 Alvarado Road Suitte 501
La Mesa, CA 91942

Adrienne C.A. Barnes
714 West Maxwell Street
Chicago, IL 60607

Bank Of America
P.O. Box 5170
Simi Valley, CA 93062-5170

Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

Bank of America Home Loans Servicing
450 American Street
Simi Valley, CA 93065

Cbe Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Americas Servicing Co
Po Box 10328
Des Moines, IA 50306

Bank of America Home Loans Servicing
450 American St
Simi Valley, CA 93065

Center Bank
360 14th St
Oakland, CA 94612

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bank One
Po Box 331755
Detroit, MI 48232

Chase
201 N. Walnut St//de1-1027
Wilmington, DE 19801

Aurora Loan Services I
10350 Park Meadows Dr St
Littleton, CO 80124

Bank One
Po Box 71
Phoenix, AZ 85001

Chase
201 North Walnut Street     //de1-1027
Wilmington, DE 19801

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

Bk Of Amer
Po Box 17054
Wilmington, DE 19850

Chase
201 North Walnut Street  //de1-1027
Wilmington, DE 19801

Baker Miller, P. C.
29 North Wacker Drive, Suite 500
Chicago, IL 60606

Bmw Fin Svc
5515 Parkcenter Cir
Dublin, OH 43017

Chase
200 Marcus Avenue, 2nd Floor
Hyde Park, NY 11040

Chase
P.O. Box 15298
Wilmington, DE 19886-5153

Chase Mtg
Po Box 24696
Columbus, OH 43224

Comed Customer Care
P.O. Box 805379
Chicago, IL 60680

Chase
Po Box 331755
Detroit, MI 48232

Chicago Housing Authority
Housing Voucher Program
60 East Van Buren
Chicago, IL 60605

Farmer's Insurance
2500 South Fifth Avenue
Pocaillo, ID 83204

Chase
Po Box 15298
Wilmington, DE 19850

City Of Chicago
Department Of Revenue
8212 Innovation Way
Chicago, IL 60682

Financial Asset Mgmt I
P O Box 451409
Atlanta, GA 31145

Chase
N54 W 13600 Woodale Dr
Mennomonee, WI 53051

City Of Chicago
Corporate Counsel
30 North LaSalle Street, Suite 800
Chicago, IL 60602

First Northern Cu
300 W Adams St
Chicago, IL 60606

Chase
Po Box 1093
Northridge, CA 91328

City Of Chicago Department Of Water
P.O. Box 6330
Chicago, IL 60680

First Usa Bank N A
1001 Jefferson Plaza
Wilmington, DE 19701

Chase Auto
Attn: Credit Bureau Dept
Fort Worth, TX 76101

City Of Chicago Department Of Water Mgmt
121 North LaSalle Street, Rm. 107A
Chicago, IL 60602

Frd Motor Cr
Po Box Box 542000
Omaha, NE 68154

Chase Bank
JP Morgan Bank
P.O. Box 260180
Baton Rouge, LA 70826

Cmpptnrs/hampton Univ
Po Box 3176
Winston Salem, NC 27102

Frederick J. Hanna & Associates, P.C.
127 Roswell Road
Marietta, GA 30062

Chase Home Financial
3415 Vision Drive
Columbus, OH 43219

Columbia University
208 Kent Hall
New York, NY 10027

Freidman And Wexler
500 West Madison Street, Suite 2910
Chicago, IL 60661

Chase Manhattan Mtge
Po Box 24696
Columbus, OH 43224

Comcast
2508 West Illinois Route 120
McHenry, IL 60051

Gemb/l And T
Po Box 981400
El Paso, TX 79998

Chase Mtg
P.O. Box 24696
Columbus, OH 43224

ComEd
P.O. Box 6111
Carol Stream, IL 60197

Gemb/shaw
P.o. Box 981400
El Paso, TX 79998

George Stanton
9025 South Cregier
Chicago, IL  60617

Heller, Shapiro & Frisone, Ltd.
33 North LaSalle Street, Suite 1200
Chicago, IL  60602

Law Offices Of Anthony A. P.C.
1601 Elm Street, Suite 1900
Dallas, TX  75201

Gmac Hm Eq
Po Box 4622
Waterloo, IA  50704

Home Loan Services Inc
150 Allegheny Center Mal
Pittsburgh, PA  15212

Litton Loan Servicing
4828 Loop Central Dr
Houston, TX  77081

Gmac Mortgage
P.O. Box 4622
Waterloo, IA  50704

Hsbc/neimn
Po Box 15221
Wilmington, DE  19850

Markoff & Krasny
29 West Wacker Drive, No. 550
Chicago, IL  60606

Gmac Mortgage
3451 Hammond Ave
Waterloo, IA  50702

HTS Family Trust
1133 East 83rd Street
Chicago, IL  60619

Mortgage Service Cente
2001 Leadenhall Rd
Mount Laurel, NJ  08054

Gmac Mortgage
Po Box 4622
Waterloo, IA  50704

Inovative Bk
17127 Pioneer Blvd
Artesia, CA  90701

Mortgage Service Center
2001 Leadenhall Rd
Mount Laurel, NJ  08054

Goldman & Grant
Suite 1100
205 West Randolph Street
Chicago, IL  60606

Isaac Stinnette
169500 Carrington Drive
South Holland, IL  60473

MRS Associates Of New Jersey
1930 Olney Avenue
Cherry Hill, NJ  08003

H And F Law
33 North Lasalle
Chicago, IL  60602

Jeanette Stinnette
16950 Carrington Drive
South Holland, IL  60473

Northwestern Mutual
720 East Wisconsin
Milwaukee, WI  53202

Harris Bank Barrington
201 S Grove Av
Barrington, IL  60010

JP Morgan Chase, Court Orders & Levies
P.O. Box 260164, LA2-2808
Baton Rouge, LA  70826

Ntl City Mtg
6 N Main St
Dayton, OH  45402

Helen Hawkins
9056 South Harper
Chicago, IL  60619

Julie Stanton
4807 South Forrestville
Chicago, IL  60615

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL  32826

Heller And Frisone, Ltd.
33 North LaSalle Street, Suite 1200
Chicago, IL  60602

LaSalle Bank, As Trustee Of Trust No.
131183 C/O Chicago Title Land Trust
171 North Clark Street, 5th Floor
Chicago, IL  60602

Onewest Bank
6900 Beatrice Drive
Kalamazoo, MI  49003

**Orkin Pest Control**
**5336 West 124th Street**
**Chicago, IL  60803**

**Sears/cbsd**
**Po Box 6189**
**Sioux Falls, SD  57117**

**Toyota Motor Credit**
**Address Not Available**
**Atlanta, GA  30309**

**People Magazine**
**P.O. Box 60300**
**Tampa, FL  33660**

**Small Business Administration**
**801 Tom Martin Drive, Suite 120**
**Birmingham, AL  35211**

**Urban Pnr Bk**
**3401 King Drive**
**Chicago, IL  60616**

**People's Gas**
**130 East Randolph**
**Chicago, IL  60602**

**South Central Bank  And  T**
**525 W Roosevelt Rd**
**Chicago, IL  60607**

**US Department Of Treasury-FMS**
**Linebarger, Goggan, Blair & Sampson, LLP**
**P.O. Box 70955**
**Charlotte, NC  28272**

**Peoples Engy**
**130 E Randolph**
**Chicago, IL  60601**

**Spoil Bratz Trust**
**16950 Carrington Drive**
**South Holland, IL  60473**

**Us Dept Of Education**
**Po Box 5609**
**Greenville, TX  75403**

**Pnc Mortgage**
**6 N Main St**
**Dayton, OH  45402**

**Stinnette & Brown**
**16950 Carrington Drive**
**South Holland, IL  60473**

**Veola Dreher**
**9200 South Luella**
**Chicago, IL  60617**

**Real Time Resolutions**
**1750 Regal Row**
**Dallas, TX  75235**

**Talan & Ktsanes**
**300 West Adams Street, Suite 840**
**Chicago, IL  60606**

**Wells Fargo Bank Nv Na**
**P.O. Box 31557**
**Billings, MT  59107**

**Rnb-fields3**
**3701 Wayzata Blvd**
**Minneapolis, MN  55416**

**Talan And Ktsanes**
**300 W. Adams**
**Chicago, IL  60606**

**Wexler & Wexler, LLC**
**500 West Madison Street, Suite 450**
**Chicago, IL  60661**

**Roberts & Weddle, LLC**
**111 North Canal Street, Suite 885**
**Chicago, IL  60606**

**The Northern Trust Com**
**Po Box 92992**
**Chicago, IL  60675**

**Wfnnb/express**
**4590 E Broad St**
**Columbus, OH  43213**

**Sallie Mae**
**C/o Acs**
**Utica, NY  13501**

**The Wirbricki Law Group**
**33 West Monroe Street, Suite1140**
**Chicago, IL  60603**

**Sears/cbsd**
**701 East 60th St N**
**Sioux Falls, SD  57117**

**Tiberon Finanacial, LLC**
**Chase DDA**
**P.O. Box 10050**
**Fayetteville, AR  72703**

### United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

**IN RE:**                                                              Case No. _____

**Brown, Rawlin E & Brown, Gelene M** _____    Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................ $ _____ **3800.00**

    Prior to the filing of this statement I have received ....................................................... $ _____ **3,800.00**

    Balance Due ............................................................................... $ _____

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **Plus Costs for our standard bankruptcy services.  Clients will be charged houly for issues regarding the repurchasing of assets, adversary proceedings or contested matters.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Our retention does not obligate us to appear forn any Adversary Proceedings or Contested Matters. Fees for those matters will be charged on an hourly basis.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____   **March 18, 2011**        _____ **/s/ Robert D. Rotman**
Date                                            **Robert D. Rotman 6204194**
                                                **Rotman & Elovitz, Ltd.**
                                                **134 N. LaSalle Suite 200**
                                                **Chicago, IL  60602**
                                                **(312) 236-2202  Fax: (312) 236-2531**
                                                **rotmanelovitz@yahoo.com**