**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-11470-CD |
| | § | |
| RAWLIN E BROWN | § | |
| GELENE M BROWN | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/18/2011. The undersigned trustee was appointed on 03/18/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $27,983.24

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $19.39 |
    | Bank service fees | $657.38 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $4,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $23,306.47 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 08/08/2011 and the deadline for filing government claims was 08/08/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,148.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,148.32, for a total compensation of $3,148.32[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/28/2012        By: /s/ David R. Herzog
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Date Filed (f) or Converted (c): | 03/18/2011 (f) |
| For the Period Ending: | 12/28/2012 | §341(a) Meeting Date: | 05/02/2011 |
| | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  352 East 69th Street, Chicago, | $110,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  4317 South Vernon, Chicago, | $200,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  nly4807 South Forrestville, Chicago, e Owith Jul | $310,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  ftwa5818 South Green Avenue, | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  ms S5819 South Wolcott, Chicago, | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  Fo5847 South Justine Avenue, Chicago, | $60,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7  4246751 South Emerald, Chicago, | $30,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  998-6932 South Normal Avenue, | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9  8007132 South St. Lawrence, Chicago, | $235,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10  c. [17142 South Marshfield, Chicago, | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11  ng,7317 South Peoria Street, Chicago, | $60,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  Z-F7525 South Ellis, Chicago, | $100,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  0117948 South Parnell, Chicago, Illinois 60621 5 | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14  © 197950 South Parnell, Chicago, Illinois 60621 | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15  9211 South Luella, Chicago, | $210,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16  Two hundred dollars | $20.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17  Chase Checking account ending in 2836 | $3,700.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Date Filed (f) or Converted (c): | 03/18/2011 (f) |
| For the Period Ending: | 12/28/2012 | §341(a) Meeting Date: | 05/02/2011 |
| | | Claims Bar Date: | 08/08/2011 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18 | First North Credit Union Savings Account ending | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 19 | US Bank Checking Account ending in 6121 | $303.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 20 | US Bank Saving Account ending in 4800 brokerage | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 21 | Bedroom set, crib set, bedroom dresser, washer/d | $2,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 22 | Clothing | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 23 | Sports equipment, golf clubs and other hobby equ | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 24 | 401K - Fidelity | $225,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 25 | 401K - JPMorgan/Chase Give particulars. Desc Mai | $53,966.42 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 26 | 100% Shareholder of GMS Realty Group, LLC (disso | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 27 | Shareholder in REB Realty Group, LLC (dissolved) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 28 | Shareholder of Stinnette & Brown, LLC (dissolved | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 29 | Right to sue Gwendolyn Williams - back rent $7,0 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 30 | Anticipated tax refund | $26,000.00 | $21,923.00 | | $27,982.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 31 | 1997 Ford Expedition | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 32 | 2001 Hyundai Accent | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 33 | 2002 Ford Explorer transmission problems | $3,525.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 34 | Office equipment - computer, fax machine | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3

Exhibit A

| Case No.: | 11-11470-CD | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | | Date Filed (f) or Converted (c): | 03/18/2011 (f) |
| For the Period Ending: | 12/28/2012 | | §341(a) Meeting Date: | 05/02/2011 |
| | | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| INT  Interest Earned   **(u)** | Unknown | Unknown | | $1.24 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                       **Gross Value of Remaining Assets**

$1,873,614.42          $21,923.00                              $27,983.24          $0.00

**Major Activities affecting case closing:**
Claims bar date, objection to claims, file final report.

**Initial Projected Date Of Final Report (TFR):**     06/30/2012                        /s/ DAVID R. HERZOG
**Current Projected Date Of Final Report (TFR):**                                          DAVID R. HERZOG

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 11-11470-CD | **Trustee Name:** | David R. Herzog |
|---|---|---|---|
| **Case Name:** | BROWN, RAWLIN E AND BROWN, GELENE M | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******7988 | **Money Market Acct #:** | ******5165 |
| **Co-Debtor Taxpayer ID #:** | ******9740 | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 3/18/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/28/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2011 | (30) | U.S. Treasury | Tax Refund | 1124-000 | $25,725.00 | | $25,725.00 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 | | $25,725.16 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $25,725.37 |
| 06/30/2011 | | The Bank of New York Mellon | FEDERAL BUW FOR 06/30/2011 20110630 posting | 2810-000 | | $0.06 | $25,725.31 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $25,725.52 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $49.34 | $25,676.18 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $25,676.39 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $59.81 | $25,616.58 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.76) | $25,618.34 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $25,618.55 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $52.64 | $25,565.91 |
| 10/03/2011 | 1001 | Rawlin and Genene Brown | Payment of Exemption | 8100-002 | | $4,000.00 | $21,565.91 |
| 10/05/2011 | (30) | State of Illinois | State Tax Refund | 1124-000 | $2,257.00 | | $23,822.91 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $23,823.12 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $49.41 | $23,773.71 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.03 | | $23,773.74 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $23,773.74 | $0.00 |
| | | | | **SUBTOTALS** | $27,983.24 | $27,983.24 | |

**FORM 2**
**Page No:** 2
**Exhibit B**
Case 11-11470  Doc 49  Filed 02/14/13  Entered 02/14/13 17:41:15  Desc Main
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document  Page 7 of 17

| **Case No.** | 11-11470-CD | | **Trustee Name:** | David R. Herzog |
|---|---|---|---|---|
| **Case Name:** | BROWN, RAWLIN E AND BROWN, GELENE M | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******7988 | | **Money Market Acct #:** | ******5165 |
| **Co-Debtor Taxpayer ID #:** | ******9740 | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 3/18/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/28/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $27,983.24 | $27,983.24 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $23,773.74 | |
| | | | **Subtotal** | | $27,983.24 | $4,209.50 | |
| | | | **Less: Payments to debtors** | | $0.00 | $4,000.00 | |
| | | | **Net** | | $27,983.24 | $209.50 | |

| **For the period of 3/18/2011 to 12/28/2012** | | **For the entire history of the account between 05/06/2011 to 12/28/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $27,983.24 | Total Compensable Receipts: | $27,983.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,983.24 | Total Comp/Non Comp Receipts: | $27,983.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $209.50 | Total Compensable Disbursements: | $209.50 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,209.50 | Total Comp/Non Comp Disbursements: | $4,209.50 |
| Total Internal/Transfer Disbursements: | $23,773.74 | Total Internal/Transfer Disbursements: | $23,773.74 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3
Exhibit B

| Case No. | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7988 | Checking Acct #: | ******9990 |
| Co-Debtor Taxpayer ID #: | ******9740 | Account Title: | DDA |
| For Period Beginning: | 3/18/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $23,773.74 | | $23,773.74 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.36 | $23,735.38 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.23 | $23,697.15 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $35.70 | $23,661.45 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $19.33 | $23,642.12 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.10 | $23,604.02 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.79 | $23,567.23 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.95 | $23,529.28 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.67 | $23,492.61 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.84 | $23,454.77 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.77 | $23,417.00 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.50 | $23,380.50 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.65 | $23,342.85 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.38 | $23,306.47 |
| | | | **TOTALS:** | | $23,773.74 | $467.27 | $23,306.47 |
| | | | Less: Bank transfers/CDs | | $23,773.74 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $467.27 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $467.27 | |

| For the period of 3/18/2011 to 12/28/2012 | | For the entire history of the account between 11/07/2011 to 12/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $23,773.74 | Total Internal/Transfer Receipts: | $23,773.74 |
| | | | |
| Total Compensable Disbursements: | $467.27 | Total Compensable Disbursements: | $467.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $467.27 | Total Comp/Non Comp Disbursements: | $467.27 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 4
Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 11-11470    Doc 49    Filed 02/14/13    Entered 02/14/13 17:41:15    Desc Main
Document    Page 9 of 17

| Case No. | 11-11470-CD | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7988 | | Checking Acct #: | ******9990 |
| Co-Debtor Taxpayer ID #: | ******9740 | | Account Title: | DDA |
| For Period Beginning: | 3/18/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/28/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $27,983.24 | $4,676.77 | $23,306.47 |

**For the period of 3/18/2011 to 12/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $27,983.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,983.24 |
| Total Internal/Transfer Receipts: | $23,773.74 |
| Total Compensable Disbursements: | $676.77 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,676.77 |
| Total Internal/Transfer Disbursements: | $23,773.74 |

**For the entire history of the case between 03/18/2011 to 12/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $27,983.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,983.24 |
| Total Internal/Transfer Receipts: | $23,773.74 |
| Total Compensable Disbursements: | $676.77 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,676.77 |
| Total Internal/Transfer Disbursements: | $23,773.74 |

CLAIM ANALYSIS REPORT

| Case No.: | 11-11470-CD | | Trustee Name: | David R. Herzog |
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | | Date: | 12/28/2012 |
| Claims Bar Date: | 08/08/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG 77 W. Washington Street Suite 1717 Chicago IL 60602 | 12/27/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,148.32 | $3,148.32 | $0.00 | $0.00 | $0.00 | $3,148.32 |
| 5 | CITY OF CHICAGO - DEPT OF REVENUE C/O TALAN & KTSANES 223 W JACKSON - SUITE 512 CHICAGO IL 60606 | 05/20/2011 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,091.79 | $1,091.79 | $0.00 | $0.00 | $0.00 | $1,091.79 |
| Claim Notes: | (5-1) 11DS19170L | | | | | | | | | | | |
| 1 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City OK 731248809 | 04/27/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $30,461.08 | $30,461.08 | $0.00 | $0.00 | $0.00 | $30,461.08 |
| 2 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City OK 731248809 | 04/27/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $69,689.81 | $69,689.81 | $0.00 | $0.00 | $0.00 | $69,689.81 |
| 3 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 04/29/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,457.68 | $2,457.68 | $0.00 | $0.00 | $0.00 | $2,457.68 |
| 4 | REAL TIME RESOLUTIONS, INC. 1750 Regal Row Suite 120 PO Box 36655 Dallas Tex as 75235 | 05/11/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $77,828.76 | $77,828.76 | $0.00 | $0.00 | $0.00 | $77,828.76 |

| Case No.: | 11-11470-CD | | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | | | | | | | | Date: | 12/28/2012 |
| Claims Bar Date: | 08/08/2011 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 05/26/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,360.00 | $4,360.00 | $0.00 | $0.00 | $0.00 | $4,360.00 |
| 7 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 05/26/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $140.00 | $140.00 | $0.00 | $0.00 | $0.00 | $140.00 |
| 8 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 05/31/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,897.52 | $5,897.52 | $0.00 | $0.00 | $0.00 | $5,897.52 |
| 9 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 05/31/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $27,896.27 | $27,896.27 | $0.00 | $0.00 | $0.00 | $27,896.27 |
| 10 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $160.00 | $160.00 | $0.00 | $0.00 | $0.00 | $160.00 |
| 11 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $540.00 | $540.00 | $0.00 | $0.00 | $0.00 | $540.00 |
| 12 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,840.00 | $1,840.00 | $0.00 | $0.00 | $0.00 | $1,840.00 |

CLAIM ANALYSIS REPORT

| Case No.: | 11-11470-CD | | | Trustee Name: | David R. Herzog |
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | | | Date: | 12/28/2012 |
| Claims Bar Date: | 08/08/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,340.00 | $3,340.00 | $0.00 | $0.00 | $0.00 | $3,340.00 |
| 14 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,540.00 | $1,540.00 | $0.00 | $0.00 | $0.00 | $1,540.00 |
| 15 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,340.00 | $1,340.00 | $0.00 | $0.00 | $0.00 | $1,340.00 |
| 16 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,340.00 | $1,340.00 | $0.00 | $0.00 | $0.00 | $1,340.00 |
| 17 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $240.00 | $240.00 | $0.00 | $0.00 | $0.00 | $240.00 |
| 18 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $265.00 | $265.00 | $0.00 | $0.00 | $0.00 | $265.00 |
| 19 | CITY OF CHICAGO<br><br>C/O Markoff Krasny LLC<br>29 N. Wacker Dr. #550<br>Chicago IL 60606 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $340.00 | $340.00 | $0.00 | $0.00 | $0.00 | $340.00 |

CLAIM ANALYSIS REPORT

| Case No.: | 11-11470-CD | | | Trustee Name: | David R. Herzog |
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | | | Date: | 12/28/2012 |
| Claims Bar Date: | 08/08/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 06/01/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,175.80 | $16,175.80 | $0.00 | $0.00 | $0.00 | $16,175.80 |
| 21 | AFNI, INC. PO BOX 3667 Bloomington IL 61702 | 06/16/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $136.27 | $136.27 | $0.00 | $0.00 | $0.00 | $136.27 |
| 22 | US DEPT OF EDUCATION Po Box 5609 Greenville TX 75403 | 07/20/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,406.66 | $23,406.66 | $0.00 | $0.00 | $0.00 | $23,406.66 |
| 23 | BMW BANK OF NORTH AMERICA Pob 201347 Arlington TX 76006 | 08/08/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $39,141.48 | $39,141.48 | $0.00 | $0.00 | $0.00 | $39,141.48 |
| | | | | | | $312,776.44 | $312,776.44 | $0.00 | $0.00 | $0.00 | $312,776.44 |

## CLAIM ANALYSIS REPORT

| | |
|---|---|
| **Case No.** | 11-11470-CD |
| **Case Name:** | BROWN, RAWLIN E AND BROWN, GELENE M |
| **Claims Bar Date:** | 08/08/2011 |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Date:** | 12/28/2012 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $1,091.79 | $1,091.79 | $0.00 | $0.00 | $0.00 | $1,091.79 |
| General Unsecured § 726(a)(2) | $308,536.33 | $308,536.33 | $0.00 | $0.00 | $0.00 | $308,536.33 |
| Trustee Compensation | $3,148.32 | $3,148.32 | $0.00 | $0.00 | $0.00 | $3,148.32 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-11470-CD
Case Name: RAWLIN E BROWN
GELENE M BROWN
Trustee Name: David R. Herzog

Balance on hand: $23,306.47

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $23,306.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $3,148.32 | $0.00 | $3,148.32 |

Total to be paid for chapter 7 administrative expenses: $3,148.32
Remaining balance: $20,158.15

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $20,158.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,091.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | CITY OF CHICAGO - DEPT OF REVENUE | $1,091.79 | $0.00 | $1,091.79 |

|  | Total to be paid to priority claims: | $1,091.79 |
|---|---|---|
|  | Remaining balance: | $19,066.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $308,536.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIA Card Services, NA/Bank of America | $30,461.08 | $0.00 | $1,882.38 |
| 2 | FIA Card Services, NA/Bank of America | $69,689.81 | $0.00 | $4,306.56 |
| 3 | Chase Bank USA, N.A. | $2,457.68 | $0.00 | $151.88 |
| 4 | Real Time Resolutions, Inc. | $77,828.76 | $0.00 | $4,809.52 |
| 6 | City of Chicago | $4,360.00 | $0.00 | $269.43 |
| 7 | City of Chicago | $140.00 | $0.00 | $8.65 |
| 8 | Chase Bank USA, N.A. | $5,897.52 | $0.00 | $364.44 |
| 9 | Chase Bank USA, N.A. | $27,896.27 | $0.00 | $1,723.88 |
| 10 | City of Chicago | $160.00 | $0.00 | $9.89 |
| 11 | City of Chicago | $540.00 | $0.00 | $33.37 |
| 12 | City of Chicago | $1,840.00 | $0.00 | $113.70 |
| 13 | City of Chicago | $3,340.00 | $0.00 | $206.40 |
| 14 | City of Chicago | $1,540.00 | $0.00 | $95.17 |
| 15 | City of Chicago | $1,340.00 | $0.00 | $82.81 |
| 16 | City of Chicago | $1,340.00 | $0.00 | $82.81 |
| 17 | City of Chicago | $240.00 | $0.00 | $14.83 |
| 18 | City of Chicago | $265.00 | $0.00 | $16.38 |
| 19 | City of Chicago | $340.00 | $0.00 | $21.01 |
| 20 | Chase Bank USA, N.A. | $16,175.80 | $0.00 | $999.60 |
| 21 | Afni, Inc. | $136.27 | $0.00 | $8.42 |
| 22 | Us Dept Of Education | $23,406.66 | $0.00 | $1,446.44 |
| 23 | BMW Bank of North America | $39,141.48 | $0.00 | $2,418.79 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $19,066.36 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |