**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RAWLIN E BROWN | ) | No. 11-11470 |
| GELENE M BROWN | ) | |
| | ) | Hon. Carol Doyle |
| Debtors. | ) | |

**AMENDED
NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 742
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of the original notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on April 3, 2013  at 10:30 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____          By:  /s/    David R. Herzog_____
                                                                Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

Case 11-11470 Doc 65 Filed 03/22/13 Entered 03/24/13 23:38:46 Desc Imaged
Certificate of Notice Page 2 of 5

United States Bankruptcy Court
Northern District of Illinois

In re:  
Rawlin E Brown  
Gelene M Brown  
    Debtors

Case No. 11-11470-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dgomez     Page 1 of 4     Date Rcvd: Mar 22, 2013  
Form ID: pdf006     Total Noticed: 116

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2013.

```
db/jdb         +Rawlin E Brown,    Gelene M Brown,    4317 S. Vernon,    Chicago, IL 60653-3405
16983429       +Adrienne C.A. Barnes,    714 West Maxwell Street,    Chicago, IL 60607-5017
16983430       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
16983431       +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
16983432       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
16983447       +BMW Bank of North America,    Pob 201347,    Arlington TX 76006-1347
16983434       +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16983435       +Baker Miller, P. C.,    29 North Wacker Drive, Suite 500,    Chicago, IL 60606-2854
16983438       +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
16983439        Bank Of America,    P.O. Box 5170,    Simi Valley, CA  93062-5170
16983443       +Bank One,    Po Box 71,    Phoenix, AZ 85001-0071
16983442        Bank One,    Po Box 331755,    Detroit, MI  48232
16983440       +Bank of America Home Loans Servicing,    450 American Street,    Simi Valley, CA 93065-6285
16983427       +Brown Gelene M,    4317 S Vernon,    Chicago, IL 60653-3405
16983426       +Brown Rawlin E,    4317 S Vernon,    Chicago, IL 60653-3405
16983460      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Chase,    Po Box 1093,    Northridge, CA  91328)
17300378       +CITY OF CHICAGO - DEPT OF REVENUE,    C/O TALAN & KTSANES,    223 W JACKSON - SUITE 512,
                 CHICAGO IL 60606-6904
16983450       +Cbe Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
16983451       +Center Bank,    360 14th St,    Oakland, CA 94612-3200
16983452       +Chase,    201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
16983453       +Chase,    201 North Walnut Street    //de1-1027,    Wilmington, DE 19801-2920
16983458       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16983456        Chase,    P.O. Box 15298,    Wilmington, DE  19886-5153
16983455       +Chase,    200 Marcus Avenue, 2nd Floor,    Hyde Park, NY 11040-3417
16983459       +Chase,    N54 W 13600 Woodale Dr,    Mennomonee, WI 53051-7026
16983457        Chase,    Po Box 331755,    Detroit, MI  48232
16983461        Chase Auto,    Attn: Credit Bureau Dept,    Fort Worth, TX  76101
16983462       +Chase Bank,    JP Morgan Bank,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
17215617        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16983463       +Chase Home Financial,    3415 Vision Drive,    Columbus, OH 43219-6009
16983464       +Chase Manhattan Mtge,    Po Box 24696,    Columbus, OH 43224-0696
16983465       +Chase Mtg,    P.O. Box 24696,    Columbus, OH 43224-0696
16983467       +Chicago Housing Authority,    Housing Voucher Program,    60 East Van Buren,
                 Chicago, IL 60605-1240
16983468       +City Of Chicago,    Department Of Revenue,    8212 Innovation Way,    Chicago, IL 60682-0082
16983469       +City Of Chicago,    Corporate Counsel,    30 North LaSalle Street, Suite 800,
                 Chicago, IL 60602-3542
16983470       +City Of Chicago Department Of Water,    P.O. Box 6330,    Chicago, IL 60680-6330
16983471       +City Of Chicago Department Of Water Mgmt,    121 North LaSalle Street, Rm. 107A,
                 Chicago, IL 60602-1232
17331127       +City of Chicago,    C/O Markoff Krasny LLC,    29 N. Wacker Dr. #550,    Chicago, IL 60606-2851
16983472       +Cmpptnrs/hampton Univ,    Po Box 3176,    Winston Salem, NC 27102-3176
16983473        Columbia University,    208 Kent Hall,    New York, NY  10027
16983476       +Comed Customer Care,    P.O. Box 805379,    Chicago, IL 60680-4179
16983478       +Financial Asset Mgmt I,    P O Box 451409,    Atlanta, GA 31145-9409
16983479       +First Northern Cu,    300 W Adams St,    Chicago, IL 60606-5101
16983480       +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1447
16983481       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
16983482       +Frederick J. Hanna & Associates, P.C.,    127 Roswell Road,    Marietta, GA 30060
16983483       +Freidman And Wexler,    500 West Madison Street, Suite 2910,    Chicago, IL 60661-4571
16983486       +George Stanton,    9025 South Cregier,    Chicago, IL 60617-3534
16983487       +Gmac Hm Eq,    Po Box 4622,    Waterloo, IA 50704-4622
16983489       +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
16983488       +Gmac Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
16983491       +Goldman & Grant,    Suite 1100,    205 West Randolph Street,    Chicago, IL 60606-1813
16983492       +H And F Law,    33 North Lasalle,    Chicago, IL 60602-2603
16983499       +HTS Family Trust,    1133 East 83rd Street,    Chicago, IL 60619-6450
16983493       +Harris Bank Barrington,    201 S Grove Av,    Barrington, IL 60010-4493
16983494       +Helen Hawkins,    9056 South Harper,    Chicago, IL 60619-7902
16983495       +Heller And Frisone, Ltd.,    33 North LaSalle Street, Suite 1200,    Chicago, IL 60602-2866
16983496       +Heller, Shapiro & Frisone, Ltd.,    33 North LaSalle Street, Suite 1200,    Chicago, IL 60602-2866
16983497       +Home Loan Services Inc,    150 Allegheny Center Mal,    Pittsburgh, PA 15212-5335
16983498       +Hsbc/neimn,    Po Box 15221,    Wilmington, DE 19850-5221
16983500       +Inovative Bk,    17127 Pioneer Blvd,    Artesia, CA 90701-2757
16983501        Isaac Stinnette,    169500 Carrington Drive,    South Holland, IL  60473
16983503       +JP Morgan Chase,    Court Orders & Levies,    P.O. Box 260164, LA2-2808,    Baton Rouge, LA 70826-0164
16983502       +Jeanette Stinnette,    16950 Carrington Drive,    South Holland, IL 60473-4615
16983504       +Julie Stanton,    4807 South Forrestville,    Chicago, IL 60615-1418
16983505       +LaSalle Bank, As Trustee Of Trust No.,    131183 C/O Chicago Title Land Trust,
                 171 North Clark Street, 5th Floor,    Chicago, IL 60601-3367
```

```
District/off: 0752-1           User: dgomez              Page 2 of 4                   Date Rcvd: Mar 22, 2013
                               Form ID: pdf006          Total Noticed: 116

16983506     +Law Offices Of Anthony A. P.C.,    1601 Elm Street, Suite 1900,    Dallas, TX 75201-7263
16983507     +Litton Loan Servicing,    4828 Loop Central Dr,    Houston, TX 77081-2166
16983511     +MRS Associates Of New Jersey,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
16983508      Markoff & Krasny,    29 West Wacker Drive, No. 550,    Chicago, IL  60606
16983509      Mortgage Service Cente,    2001 Leadenhall Rd,    Mount Laurel, NJ  08054
16983510      Mortgage Service Center,    2001 Leadenhall Rd,    Mount Laurel, NJ  08054
16983512     +Northwestern Mutual,    720 East Wisconsin,    Milwaukee, WI 53202-4703
16983513     +Ntl City Mtg,    6 N Main St,    Dayton, OH 45402-1902
16983515     +Onewest Bank,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
16983516     +Orkin Pest Control,    5336 West 124th Street,    Chicago, IL 60803-3205
16983517     +People Magazine,    P.O. Box 60300,    Tampa, FL 33660-0300
16983518     +People's Gas,    130 East Randolph,    Chicago, IL 60601-6302
16983519     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
16983520     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
16983522     +Rnb-fields3,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
16983523     +Roberts & Weddle, LLC,    111 North Canal Street, Suite 885,    Chicago, IL 60606-7222
16983428     +Rotman & Elovitz Ltd,    134 N LaSalle Suite 200,    Chicago, IL 60602-1056
16983524      Sallie Mae,    C/o Acs,    Utica, NY  13501
16983525     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16983526     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16983529     +Spoil Bratz Trust,    16950 Carrington Drive,    South Holland, IL 60473-4615
16983530     +Stinnette & Brown,    16950 Carrington Drive,    South Holland, IL 60473-4615
16983531     +Talan & Ktsanes,    300 West Adams Street, Suite 840,    Chicago, IL 60606-5109
16983532     +Talan And Ktsanes,    300 W. Adams,    Chicago, IL 60606-5109
16983533     +The Northern Trust Com,    Po Box 92992,    Chicago, IL 60675-2992
16983534     +The Wirbricki Law Group,    33 West Monroe Street, Suite1140,    Chicago, IL 60603-5332
16983536      Toyota Motor Credit,    Address Not Available,    Atlanta, GA  30309
16983537     +Urban Pnr Bk,    3401 King Drive,    Chicago, IL 60616-4209
16983539     +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
16983540     +Veola Dreher,    9200 South Luella,    Chicago, IL 60617-3928
16983541     +Wells Fargo Bank Nv Na,    P.O. Box 31557,    Billings, MT 59107-1557
16983542     +Wexler & Wexler, LLC,    500 West Madison Street, Suite 450,    Chicago, IL 60661-2767
16983543     +Wfnnb/express,    4590 E Broad St,    Columbus, OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17417214     +E-mail/PDF: recoverybankruptcy@afninet.com Mar 23 2013 09:38:24      Afni, Inc.,   PO BOX 3667,
               Bloomington, IL 61702-3667
16983445     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 23 2013 10:40:58
               Ascension Capital Group Inc,   Attn: BMW Bank of North America Inc Dep,    Pob 201347,
               Arlington TX 76006-1347
16983433     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Mar 23 2013 09:33:35      Aurora Loan Services I,
               10350 Park Meadows Dr St,   Littleton, CO 80124-6800
16983446      E-mail/Text: bankruptcynotices@bmwfs.com Mar 23 2013 09:37:11      Bmw Financial Services,
               5515 Parkcenter Cir,   Dublin, OH  43017
17146869     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 23 2013 10:40:58
               BMW Financial Services NA, LLC Department,   c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
16983448     +E-mail/Text: creditadmin@b-s-b.net Mar 23 2013 09:33:38       Borrego Springs Bank,
               7777 Alvarado Road Suitte 501,   La Mesa, CA 91942-8281
16983449     +E-mail/Text: cms-bk@cms-collect.com Mar 23 2013 09:34:24      Capital Management Services, LP,
               726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
16983475     +E-mail/Text: legalcollections@comed.com Mar 23 2013 09:32:49      ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
16983474     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Mar 23 2013 09:35:22       Comcast,
               2508 West Illinois Route 120,   McHenry, IL 60051-4712
17194433      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2013 09:41:54
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16983477     +E-mail/Text: pocatello_spo@farmersinsurance.com Mar 23 2013 09:36:47       Farmer's Insurance,
               2500 South Fifth Avenue,   Pocaillo, ID 83204-1923
16983484     +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2013 09:41:38      Gemb/l And T,   Po Box 981400,
               El Paso, TX 79998-1400
16983485     +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2013 09:52:23      Gemb/shaw,   P.o. Box 981400,
               El Paso, TX 79998-1400
17259823      E-mail/Text: bkdepartment@rtresolutions.com Mar 23 2013 09:36:23      Real Time Resolutions, Inc.,
               1349 Empire Central Dr., Ste #150,   PO Box 36655,    Dallas TX 75247
16983521     +E-mail/Text: bkdepartment@rtresolutions.com Mar 23 2013 09:36:23      Real Time Resolutions,
               1750 Regal Row,   Dallas, TX 75235-2287
16983527     +E-mail/Text: birminghamtops@sba.gov Mar 23 2013 09:37:12      Small Business Administration,
               801 Tom Martin Drive, Suite 120,   Birmingham, AL 35211-6424
16983528     +E-mail/Text: jross@banksouthcentral.com Mar 23 2013 09:35:23      South Central Bank And T,
               525 W Roosevelt Rd,   Chicago, IL 60607-4905
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1           User: dgomez               Page 3 of 4               Date Rcvd: Mar 22, 2013
                               Form ID: pdf006            Total Noticed: 116

16983441*     +Bank of America Home Loans Servicing,   450 American St,   Simi Valley, CA 93065-6285
16983454*     +Chase,   201 North Walnut Street   //de1-1027,   Wilmington, DE 19801-2920
16983466*     +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
16983490*     +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
16983436     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16983437     ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
16983444     ##+Bk Of Amer,   Po Box 17054,   Wilmington, DE 19850-7054
16983514     ##+Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
16983535     ##+Tiberon Finanacial, LLC,   Chase DDA,   P.O. Box 10050,   Fayetteville, AR 72703-0036
16983538      ##US Department Of Treasury-FMS,   Linebarger, Goggan, Blair & Sampson, LLP,   P.O. Box 70955,
               Charlotte, NC  28272
                                                                                              TOTALS: 0, * 4, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2013**                 **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: dgomez                Page 4 of 4                   Date Rcvd: Mar 22, 2013
                               Form ID: pdf006             Total Noticed: 116
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2013 at the address(es) listed below:

```
              Christopher J Stasko    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK cstasko@fisherandshapirolaw.com, bk_il_notice@fisherandshapirolaw.com
              Christopher J Stasko    on behalf of Creditor    Bank of New York Mellon fka The Bank of New York
               cstasko@fisherandshapirolaw.com, bk_il_notice@fisherandshapirolaw.com
              Christopher R Murphy    on behalf of Creditor    The Bank of New York Mellon
               cmurphy@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Christopher R Murphy    on behalf of Creditor    Bank of New York Mellon fka The Bank of New York
               cmurphy@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Christopher R Murphy    on behalf of Creditor    Merrill Lynch Credit Corporation
               cmurphy@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ND-One@il.cslegal.com
              Joel P Fonferko    on behalf of Creditor    Chase Home Finance LLC ND-One@il.cslegal.com
              John Charles Crees    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bknotice@klueverplatt.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert D. Rotman    on behalf of Debtor Rawlin E Brown rotmanelovitz@yahoo.com
              Robert D. Rotman    on behalf of Joint Debtor Gelene M Brown rotmanelovitz@yahoo.com
              Ross T Brand    on behalf of Creditor    THE BANK OF NEW YORK MELLON rbrand@fisherandshapirolaw.com,
               bk_il_notice@fisherandshapirolaw.com
                                                                                              TOTAL: 13
```