**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-11470-CD |
| | § | |
| RAWLIN E BROWN | § | |
| GELENE M BROWN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $291,866.42 |
| Total Distributions to Claimants: | $20,049.15 | Claims Discharged Without Payment: | $289,578.97 |
| Total Expenses of Administration: | $3,934.09 | | |

3) Total gross receipts of $27,983.24 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,000.00 (see **Exhibit 2),** yielded net receipts of $23,983.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR **(10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,934.09 | $3,934.09 | $3,934.09 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $1,091.79 | $1,091.79 | $1,091.79 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $308,536.33 | $308,536.33 | $18,957.36 |
| **Total Disbursements** | NA | $313,562.21 | $313,562.21 | $23,983.24 |

4). This case was originally filed under chapter 7 on 03/18/2011. The case was pending for -1334 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>07/31/2013</u>       By:   <u>/s/ David R. Herzog</u>
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Anticipated tax refund | 1124-000 | $27,982.00 |
| Interest Earned | 1270-000 | $1.24 |
| **TOTAL GROSS RECEIPTS** | | **$27,983.24** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Rawlin and Genene Brown | Exemptions | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,000.00** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $3,148.32 | $3,148.32 | $3,148.32 |
| International Sureties | 2300-000 | NA | $19.33 | $19.33 | $19.33 |
| Bank of Texas | 2600-000 | NA | $556.94 | $556.94 | $556.94 |
| The Bank of New York Mellon | 2600-000 | NA | $209.44 | $209.44 | $209.44 |
| The Bank of New York Mellon | 2810-000 | NA | $0.06 | $0.06 | $0.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,934.09 | $3,934.09 | $3,934.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | CITY OF CHICAGO - DEPT OF | 5800-000 | NA | $1,091.79 | $1,091.79 | $1,091.79 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | REVENUE | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $1,091.79 | $1,091.79 | $1,091.79 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA Card Services, NA/Bank of America | 7100-000 | NA | $30,461.08 | $30,461.08 | $1,871.63 |
| 2 | FIA Card Services, NA/Bank of America | 7100-000 | NA | $69,689.81 | $69,689.81 | $4,281.94 |
| 3 | Chase Bank USA, N.A. | 7100-000 | NA | $2,457.68 | $2,457.68 | $151.01 |
| 4 | Real Time Resolutions, Inc. | 7100-000 | NA | $77,828.76 | $77,828.76 | $4,782.02 |
| 6 | City of Chicago | 7100-000 | NA | $4,360.00 | $4,360.00 | $267.89 |
| 7 | City of Chicago | 7100-000 | NA | $140.00 | $140.00 | $8.60 |
| 8 | Chase Bank USA, N.A. | 7100-000 | NA | $5,897.52 | $5,897.52 | $362.36 |
| 9 | Chase Bank USA, N.A. | 7100-000 | NA | $27,896.27 | $27,896.27 | $1,714.03 |
| 10 | City of Chicago | 7100-000 | NA | $160.00 | $160.00 | $9.83 |
| 11 | City of Chicago | 7100-000 | NA | $540.00 | $540.00 | $33.18 |
| 12 | City of Chicago | 7100-000 | NA | $1,840.00 | $1,840.00 | $113.05 |
| 13 | City of Chicago | 7100-000 | NA | $3,340.00 | $3,340.00 | $205.22 |
| 14 | City of Chicago | 7100-000 | NA | $1,540.00 | $1,540.00 | $94.62 |
| 15 | City of Chicago | 7100-000 | NA | $1,340.00 | $1,340.00 | $82.33 |
| 16 | City of Chicago | 7100-000 | NA | $1,340.00 | $1,340.00 | $82.33 |
| 17 | City of Chicago | 7100-000 | NA | $240.00 | $240.00 | $14.75 |
| 18 | City of Chicago | 7100-000 | NA | $265.00 | $265.00 | $16.28 |
| 19 | City of Chicago | 7100-000 | NA | $340.00 | $340.00 | $20.89 |
| 20 | Chase Bank USA, N.A. | 7100-000 | NA | $16,175.80 | $16,175.80 | $993.89 |
| 21 | Afni, Inc. | 7100-000 | NA | $136.27 | $136.27 | $8.37 |
| 22 | Us Dept Of Education | 7100-000 | NA | $23,406.66 | $23,406.66 | $1,438.17 |
| 23 | BMW Bank of North America | 7100-000 | NA | $39,141.48 | $39,141.48 | $2,404.97 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $308,536.33 | $308,536.33 | $18,957.36 |

UST Form 101-7-TDR (10/1/2010)

Case 11-11470   Doc 67   Filed 08/06/13   Entered 08/06/13 12:33:22   Desc Main
Document      Page 5 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 11-11470-CD | | | Trustee Name: | David R. Herzog |
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | | | Date Filed (f) or Converted (c): | 03/18/2011 (f) |
| For the Period Ending: | 7/31/2013 | | | §341(a) Meeting Date: | 05/02/2011 |
| | | | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 352 East 69th Street, Chicago, | $110,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | 4317 South Vernon, Chicago, | $200,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | nly4807 South Forrestville, Chicago, e Owith Jul | $310,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | ftwa5818 South Green Avenue, | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | ms S5819 South Wolcott, Chicago, | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | Fo5847 South Justine Avenue, Chicago, | $60,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | 4246751 South Emerald, Chicago, | $30,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | 998-6932 South Normal Avenue, | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 | 8007132 South St. Lawrence, Chicago, | $235,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10 | c. [17142 South Marshfield, Chicago, | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11 | ng,7317 South Peoria Street, Chicago, | $60,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 | Z-F7525 South Ellis, Chicago, | $100,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 0117948 South Parnell, Chicago, Illinois 60621 5 | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14 | © 197950 South Parnell, Chicago, Illinois 60621 | $40,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15 | 9211 South Luella, Chicago, | $210,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Date Filed (f) or Converted (c): | 03/18/2011 (f) |
| For the Period Ending: | 7/31/2013 | §341(a) Meeting Date: | 05/02/2011 |
| | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Two hundred dollars | $20.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17  Chase Checking account ending in 2836 | $3,700.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18  First North Credit Union Savings Account ending | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 19  US Bank Checking Account ending in 6121 | $303.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 20  US Bank Saving Account ending in 4800 brokerage | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 21  Bedroom set, crib set, bedroom dresser, washer/d | $2,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 22  Clothing | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 23  Sports equipment, golf clubs and other hobby equ | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 24  401K - Fidelity | $225,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 25  401K - JPMorgan/Chase Give particulars. Desc Mai | $53,966.42 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 26  100% Shareholder of GMS Realty Group, LLC (disso | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 27  Shareholder in REB Realty Group, LLC (dissolved) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 28  Shareholder of Stinnette & Brown, LLC (dissolved | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3      Exhibit 8

| Case No.: | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Date Filed (f) or Converted (c): | 03/18/2011 (f) |
| For the Period Ending: | 7/31/2013 | §341(a) Meeting Date: | 05/02/2011 |
| | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| | **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 29 | Right to sue Gwendolyn Williams - back rent $7,0 | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 30 | Anticipated tax refund | $26,000.00 | $21,923.00 | | $27,982.00 | FA |
| | **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 31 | 1997 Ford Expedition | $300.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 32 | 2001 Hyundai Accent | $200.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 33 | 2002 Ford Explorer transmission problems | $3,525.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 34 | Office equipment - computer, fax machine | $200.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| INT | Interest Earned | (u) Unknown | Unknown | | $1.24 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Assets**

$1,873,614.42          $21,923.00              $27,983.24              $0.00

**Major Activities affecting case closing:**
Claims bar date, objection to claims, file final report.

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2012 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID R. HERZOG |
|---|---|---|---|
| | | | DAVID R. HERZOG |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 11-11470-CD | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7988 | Money Market Acct #: | ******5165 |
| Co-Debtor Taxpayer ID #: | ******9740 | Account Title: | Money Market Account |
| For Period Beginning: | 3/18/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2011 | (30) | U.S. Treasury | Tax Refund | 1124-000 | $25,725.00 | | $25,725.00 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 | | $25,725.16 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $25,725.37 |
| 06/30/2011 | | The Bank of New York Mellon | FEDERAL BUW FOR 06/30/2011    20110630 posting | 2810-000 | | $0.06 | $25,725.31 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $25,725.52 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $49.34 | $25,676.18 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $25,676.39 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $59.81 | $25,616.58 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.76) | $25,618.34 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $25,618.55 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $52.64 | $25,565.91 |
| 10/03/2011 | 1001 | Rawlin and Genene Brown | Payment of Exemption | 8100-002 | | $4,000.00 | $21,565.91 |
| 10/05/2011 | (30) | State of Illinois | State Tax Refund | 1124-000 | $2,257.00 | | $23,822.91 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $23,823.12 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $49.41 | $23,773.71 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.03 | | $23,773.74 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $23,773.74 | $0.00 |

| | | | | **SUBTOTALS** | $27,983.24 | $27,983.24 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7988 | Money Market Acct #: | ******5165 |
| Co-Debtor Taxpayer ID #: | ******9740 | Account Title: | Money Market Account |
| For Period Beginning: | 3/18/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $27,983.24 | $27,983.24 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $23,773.74 | |
|  |  |  | **Subtotal** | | $27,983.24 | $4,209.50 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $4,000.00 | |
|  |  |  | **Net** | | $27,983.24 | $209.50 | |

For the period of **3/18/2011** to **7/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $27,983.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,983.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $209.50 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,209.50 |
| Total Internal/Transfer Disbursements: | $23,773.74 |

For the entire history of the account between **05/06/2011** to **7/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $27,983.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,983.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $209.50 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,209.50 |
| Total Internal/Transfer Disbursements: | $23,773.74 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7988 | Checking Acct #: | ******9990 |
| Co-Debtor Taxpayer ID #: | ******9740 | Account Title: | DDA |
| For Period Beginning: | 3/18/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $23,773.74 | | $23,773.74 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.36 | $23,735.38 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.23 | $23,697.15 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $35.70 | $23,661.45 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $19.33 | $23,642.12 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.10 | $23,604.02 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.79 | $23,567.23 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.95 | $23,529.28 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.67 | $23,492.61 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.84 | $23,454.77 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.77 | $23,417.00 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.50 | $23,380.50 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.65 | $23,342.85 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.38 | $23,306.47 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.53 | $23,268.94 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.58 | $23,231.36 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.89 | $23,197.47 |
| 04/03/2013 | 5002 | David R. Herzog | Trustee Compensation | 2100-000 | | $3,148.32 | $20,049.15 |
| 04/03/2013 | 5003 | CITY OF CHICAGO - DEPT OF REVENUE | Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $1,091.79 | $18,957.36 |
| 04/03/2013 | 5004 | FIA Card Services, NA/Bank of America | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $1,871.63 | $17,085.73 |
| 04/03/2013 | 5005 | FIA Card Services, NA/Bank of America | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $4,281.94 | $12,803.79 |
| 04/03/2013 | 5006 | Chase Bank USA, N.A. | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $151.01 | $12,652.78 |
| 04/03/2013 | 5007 | Real Time Resolutions, Inc. | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $4,782.02 | $7,870.76 |
| 04/03/2013 | 5008 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $267.89 | $7,602.87 |
| 04/03/2013 | 5009 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $8.60 | $7,594.27 |
| 04/03/2013 | 5010 | Chase Bank USA, N.A. | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $362.36 | $7,231.91 |
| 04/03/2013 | 5011 | Chase Bank USA, N.A. | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $1,714.03 | $5,517.88 |
| | | | **SUBTOTALS** | | **$23,773.74** | **$18,255.86** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7988 | Checking Acct #: | ******9990 |
| Co-Debtor Taxpayer ID #: | ******9740 | Account Title: | DDA |
| For Period Beginning: | 3/18/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2013 | 5012 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $9.83 | $5,508.05 |
| 04/03/2013 | 5013 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $33.18 | $5,474.87 |
| 04/03/2013 | 5014 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $113.05 | $5,361.82 |
| 04/03/2013 | 5015 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $205.22 | $5,156.60 |
| 04/03/2013 | 5016 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $94.62 | $5,061.98 |
| 04/03/2013 | 5017 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $82.33 | $4,979.65 |
| 04/03/2013 | 5018 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $82.33 | $4,897.32 |
| 04/03/2013 | 5019 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $14.75 | $4,882.57 |
| 04/03/2013 | 5020 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $16.28 | $4,866.29 |
| 04/03/2013 | 5021 | City of Chicago | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $20.89 | $4,845.40 |
| 04/03/2013 | 5022 | Chase Bank USA, N.A. | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $993.89 | $3,851.51 |
| 04/03/2013 | 5023 | Afni, Inc. | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $8.37 | $3,843.14 |
| 04/03/2013 | 5024 | Us Dept Of Education | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $1,438.17 | $2,404.97 |
| 04/03/2013 | 5025 | BMW Bank of North America | Distribution Dividend: 6.14; Account Number: ; | 7100-000 | | $2,404.97 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $5,517.88 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-11470-CD | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7988 | | Checking Acct #: | ******9990 |
| Co-Debtor Taxpayer ID #: | ******9740 | | Account Title: | DDA |
| For Period Beginning: | 3/18/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $23,773.74 | $23,773.74 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $23,773.74 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $23,773.74 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $23,773.74 | |

| For the period of 3/18/2011 to 7/31/2013 | | For the entire history of the account between 11/07/2011 to 7/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $23,773.74 | Total Internal/Transfer Receipts: | $23,773.74 |
| | | | |
| Total Compensable Disbursements: | $23,773.74 | Total Compensable Disbursements: | $23,773.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,773.74 | Total Comp/Non Comp Disbursements: | $23,773.74 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-11470-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BROWN, RAWLIN E AND BROWN, GELENE M | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7988 | Checking Acct #: | ******9990 |
| Co-Debtor Taxpayer ID #: | ******9740 | Account Title: | DDA |
| For Period Beginning: | 3/18/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $27,983.24 | $27,983.24 | $0.00 |

**For the period of 3/18/2011 to 7/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $27,983.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,983.24 |
| Total Internal/Transfer Receipts: | $23,773.74 |
| | |
| Total Compensable Disbursements: | $23,983.24 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $27,983.24 |
| Total Internal/Transfer Disbursements: | $23,773.74 |

**For the entire history of the case between 03/18/2011 to 7/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $27,983.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,983.24 |
| Total Internal/Transfer Receipts: | $23,773.74 |
| | |
| Total Compensable Disbursements: | $23,983.24 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $27,983.24 |
| Total Internal/Transfer Disbursements: | $23,773.74 |